# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge George H. Wu

From: R. Smith _____, Deputy Clerk    Date Received: 09-18-2018

Case No.: 2:18-cv-02021-GW-RAO    Case Title: Gregory L. Peck v. United Title et al

Document Entitled: SECOND AMENDED COMPLAINT

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1    Documents must be filed electronically
☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5    No letters to the judge
☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
☑ Other:   No Leave of Court to FILE Second Complaint has been granted.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☐   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

9/19/18    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES



**Without Prejudice UCC 1-308**
Rev. S.L. Sir Gregory L. Peck (A.R.R.) M.∴.M.∴.33°
(Lt.Col. retired) Ninth (9th) Magistrature, Special
Prosecutor, Senior International Investigator,
Common Law Peace Officer of Court, /Deputy
Sheriff of Court, High Priest of YHVH:
Rule 16: § 1. (a)  That the Court has NO
jurisdiction over the person of the Petitioner/Plaintiff
o/c 1407 Dunswell Ave., Hacienda Heights,
CA. 91745  Phone 646-775-8379
<masonic.league.association@yandex.com>

Peck 1010 AD

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

SEP 1 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division, Los Angeles

Rev Sir Gregory L. Peck A.R.R., Lt Col
**Private Civilian**
**Special Prosecutor/Senior**
**International Investigator**
**Inspector General of the Order**
                              Petitioner,
              vs.

**United Title (Trustee)**
**Seattle Mortgage Company (Bank)**
**(Beneficiary)**
600 University St, Ste 1850, Seattle,
WA 98101

HUD, Department of Housing and
Urban Development Field Office
FHA Case #197-3543480
(Beneficiary) Dir. Ray Brewer
300 North Los Angeles St., Suite 4054
Los Angeles, CA 90012 (213)-894-8000

50 John and/or Jane Doe(s) (any to be
added)
                              **Defendant**

Civil Case **#18-02021-GW/RAOX**

**Under the 13th Amendment**

**Cause of Action: Crimes Against
Humanity High Crimes, deprivation of
Human Rights, Enslavement against
civilian populations/ We the People;(as
charged Crimes Against Humanity cannot be
denied / refused and must be heard). and**

**UNIVERSAL DECLARATION OF
HUMAN RIGHTS High Crimes of
deprivation of rights, United States
Constitution 1776; and**

**USC Title 42 Section 1983. Civil
action for deprivation of rights etc. and**

**Extortion Hobbs Act,18 USC§1951
(a-b) and**

**RICO U.S. Code Title 18
Chapter 96**

**SECOND AMENDED
COMPLAINT**

**JURY TRIAL REQUIRED**

[Summary of pleading] - 1

**Notice:** In the interest of Justice Pursuant to 1787 Constitution for the uSA Mandate of Human Rights and Common Law, as the Law of the Land, we by <u>Sovereign Decree, As appointed thereby, holding office as Special Prosecutor</u>, are hereby revoking by and/or under Constitutional authority as the <u>Law of the Land, by COMMON LAW,</u> issue this <u>Order</u> of Estoppel that, et-al De-facto Corporate, Commercial, Admiralty, Maritime, Statutory de-facto corporate Administrative hearings unit Court as well as Color of Law Policies, as well as alleged administrative federal rules must be Waved by Order of the Petitioner by Sovereign Right as established within the Declaration of Independence, Causes/Definitions/of Laws as guaranteed by the 1787 Constitution for the united States of America, as established that, the Common Law is the Law of the Land, therefore this Federal Court now sits as an <u>Article 3 Court under Common Law</u>. Further the fact that any statutory Color of Law ruling and/or practice outside of the above is null and void. Additionally, and

**Notice:** (Any ruling(s) of any inferior color of law statutory lower alleged corporate court notwithstanding, as the original 13th Amendment of 1810-12 to the Constitution for the united States of America 1787, <u>Barred The Bar's 'Esquires'</u> from holding public office)

**Notice:** to any person claiming to hold public office it's hereby demanded to show a signed oath of said office, further show a notice of resignation from any Bar Membership. Failure to resign is a criminal act of treason against the 1787 Constitution for the united States of America. SEE ATTACHED EXHIBT "E"

**Reference:** The original 13th Amendment of 1810-1812 to the Constitution for the united States of America 1787, "If any citizen of the united States shall accept, claim, receive, or retain any title of nobility or honor, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the united States, and shall be incapable of holding any office of trust or profit under them, or either of them."

# CRIMES AGAINST HUMANITY
## High Crimes Deprivation of Human Rights,

In 1945, the United States and other Allies developed the Agreement for the Prosecution and Punishment of Major War Criminals of the European Axis and Charter of the International Military Tribunal (IMT), sitting at Nuremberg, which contained the following definition of Crimes Against Humanity in Article 6(c):"Crimes against humanity: murder, extermination, enslavement, deportation, and other inhumane acts committed against civilian populations, before or during the war; or persecutions on political, racial or religious grounds in execution of or in connection with any crime within the jurisdiction of the Tribunal, whether or not in violation of the domestic law of the country where perpetrated."

The list of the specific crimes contained within the meaning of Crimes Against Humanity has been expanded since Article 6(c) of the IMT to include, in the ICTY and the ICTR, rape and torture. The statute of the ICC also expands the list of specific acts. In particular, the ICC statute adds the crimes of enforced disappearance of persons and apartheid. Further, the ICC statute contains clarifying language with respect to the specific crimes of extermination, enslavement, deportation or forcible transfer of population, torture, and forced pregnancy.

Crimes Against Humanity have existed in customary International Law for over half a century and are also evidenced in prosecutions before some national courts. The most notable of these trials include those of Paul Touvier, Klaus Barbie, and Maurice Papon in France, and Imre Finta in Canada. But crimes against humanity are also deemed to be part of jus cogens—the highest standing in international legal norms. Thus, they constitute a non-derogable rule of international law. The implication of this standing is that they are subject to Universal Jurisdiction, meaning that all States can exercise their jurisdiction in prosecuting a perpetrator irrespective of where the crime was committed. It also means that all States have the duty to prosecute or extradite, that no person charged with that crime can claim the "political offense exception" to extradition, and that States have the duty to assist each other in securing evidence needed to prosecute. But of greater importance is the fact that no perpetrator can claim the "defense of obedience to superior orders" and that no statute of limitation contained in the laws of any State can apply. Lastly, no one is immune from prosecution for such crimes, even a head of State.

# UNIVERSAL DECLARATION OF HUMAN RIGHTS

Now, Therefore, THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

Article 1.
- All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

Article 2.
- Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made

on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty. etc.

**Article 12**
- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13**
- Everyone has the right to freedom of movement and residence within the borders of each state. 2. Everyone has the right to leave any country, including his own, and to return to his country.

**Article 16**
- 1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.
- 2. Marriage shall be entered into only with the free and full consent of the intending spouses.
- 3. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

**Article 17**
- Everyone has the right to own property alone as well as in association with others.
- 2. No one shall be arbitrarily deprived of his property.

**Article 18**
- Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

**Article 30**
- Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

Whereas; as stated above the Defendant(s)/ Defendant Class, may have and/or are still committing acts and/or High Crimes Against Humanity as in; The Tel-Aviv District Court, in a 1952 judgment, said a Crime Against "Humanity" must be one of serious character and likely to embitter the life of a hu-man person, to degrade him and cause him great physical or moral suffering." The United Nations (UN) Secretary-General has

described them as "inhumane acts of a very serious nature." As well as acts which are linked to the RICO Act color of Law and/or fraud.

## JUDICIAL NOTICE OF STANDING IN COMITY

Whereas, Petitioner, by birth right, through family heritage of nobility of Knighthood, Knighted in 1010AD, then given Lordship 1066AD bestowed upon the Clan of Peck, Petitioner has standing, as well as grandfathered heritage by blood dating back centuries before the existence of the of the Three Crowns, the 1666 Act, even before the establishment of the Thirteen Colonies, which lead to our united States of America Republic, further, established by Comity as Petitioner, is not a citizen of the corporate 1871 act, AKA the corporate UNITED STATES. In fact, this Petitioner, is a private civilian protected by the 1787 Constitution for the united States of America, Republic not bound to/by the color of law 1871 corporation USA. Additionally, No Bar member attorney, or alleged judge has standing in any alleged corporate color of law court as they are barred from any public office or standing as any bar member has surrendered any claim to being an American native or national, as covered under the 13th Amendment. Further Petitioner, was by appointment of Her Majesty ENJILUZ REBECCA DIVINAGRACIA OÑATE (E.R.D.O.) as Special Prosecutor and/or Senior International Investigator, (for/to the Royal Estate) thereby, bound by another Nation/Dynasty with the rule of noble royal law under Common International Law. Thereby, not under color of law alleged corporate federal rules of corporate courts/administrative hearings units. Now comes Petitioner, Rev Sir Lord Gregory L. Peck A.R.R., (herein after Petitioner), in the office as Special Prosecutor and/or Senior International Investigator, therefore, having taken Office as Vested in Ecclesiastical Ministry in Corporate Soul of Spirit,

Body, and Mind, under De-jure Supreme Law of Justice under Royal Decree, as covenantal Davidic Man as created by YHVH thereby, in seclusion in *monastērium,* bound by De-jure Justice/Law. Thereby, standing under the Sovereign Rules/Protocols of Monarchs/ Nobility, by nobility granted and/or grandfathered centuries before any usurpation of Canon Crown Law.

> NOTICE is hereby rendered in this Obverse as herein (with the Reverse firmly attached to the back side of this 2nd page), stated, Petitioner as Executor/Trustee/Special Prosecutor, of Nobel Blood Line predating the creation of Canon Law of Three Crowns therein, owning the Office of Supreme Architect thereby, having Divine Ownership of the Private Property existing of Flesh and Blood with blood flowing; not conveying any right of use of the Private Property as Real Property any alleged Express Trust Unam Sanctam to the control of any legal fiction corporate entity and/or the Pontiff and his successors in perpetuity. Hence, any attempt claiming such control of our Kingdom of Divine land as "Crown Land" would be made as a dishonor, of the 1st Crown as represented by the 1st cestui Que Vie (i.e. 1st cestui Que Vie Act of 1540) Trust created when a child is born, depriving them of all their beneficial entitlements and rights on the land at birth.  Additionally, by Divine Right the Petitioner make Supreme Claim with Ecclesiastical Deed Poll having authority of said Private Property, thereby, control over this 1st Crown, which had been secretly granted to England in the collection and "reaping" of lost souls (se 1666 act attached) (now issued in 1975 back to Spain).

Whereas, Therefore, the Petitioner in his private civilian right in sui juris a party intervener, standing above the court by Comity Doctrine, additionally as occupant of the exclusive Executrix Office owner/trustee/ beneficiary is the holder of the private/public property estate(s), a.k.a. ENJILUZ REBECCA DIVINAGRACIA OÑATE (herein E.R.D.O.), DOROTHY LOUISE (ANGILLETTA) FINE, (mother, herein after Decedent), STANLEY LOUIS PECK, Estate, (late father), GREGORY LOUIS PECK, and/or PECK GREGORY LOUIS, Estate(s), acknowledging the Peck Estate predates any alleged Crown claim, thereby, EXECLUSIVELY AND NCONTESTABLY, having been lawfully Ordained in the Divine Covenant of Tetragrammaton, Primeumaton, and

Anaphaxeton now comes standing under the Divine Authority by Seal and Signature, herein stated.

Whereas, the Triple Crown of Ba'al, aka the Papal Tiara and Triregnum In 1302 Pope Boniface issued his infamous Papal Bull Unam Sanctam—the first Express Trust. He claimed control over the whole planet which made him "King of the world". This is of course false as the King of the Kingdom of God YHVH was King David and exists to this day through the unbroken Bloodline, which has nothing to do with the Pope.  The 1st Crown as represented by the 1st cestui Que Vie (i.e. 1st cestui Que Vie Act of 1445) Trust created when a child is born, depriving them of all their beneficial entitlements and rights on/of the land at birth. Additionally, the 2nd Crown of the Commonwealth created 1481 known as the "Crown of Aragon", later known as the Crown of Spain, being the highest Sovereign and Highest Steward of all Roman Slaves/the inhabitants of/in the State subject to the rule of the Roman Pontiff. This 2nd Crown is represented by the 2nd cestui Que Vie Trust created when a child is born being the sale of the birth certificate as a Bond to the private central bank of the nation, depriving them of ownership of their flesh and condemning them to perpetual servitude as a Roman person/citizen, or slave. The 3rd Crown of the Ecclesiastical; The third Crown was created in 1537 by Paul III through the papal bull Convocation also meant to open the Council of Trent being the third and final testamentary deed and will of a testamentary trust, being the trust set up for the claiming of all "lost souls", granted to the Temple Bar, which became known as the Crown Bar, or simply the Crown. The Bar Associations worldwide have been responsible ever since in administering the "reaping" of the souls of the lost and damned, including the registration and collection of Baptismal certificates representing the souls

collected by the Vatican and stored in its vaults. This 3rd Crown is represented by the 3rd cestui Que Vie Trust created when a child is baptized being the grant of the Baptismal certificate by the parents to the church or Registrar being the gift of title of the soul. Thus, without legal title over one's own soul, a man or woman may be "legally" denied right to stand as a person and may be treated as a creature and thing without legally possessing a soul i.e. hu-man (color of mam). Thereby, herein and after declares the Three (3) Crowns to be in default and a fraud against Divine creation of Man as granted by God/Jehovah/YHVH. and,

Whereas, No statutory de-facto artificial legal fiction corporate jurisdiction withstanding and/or same is/are null and/or void as such jurisdiction being under the alleged law of Admiralty/Maritime/Canon Jurisdiction and/or known as Statutory Jurisdiction of Equity, Corporation, Commercial, Business, Law of Tort thereby, in the case of military law, which under the U.C.M.J. (Universal Code of Military Justice), at no time does the military have jurisdiction over the Sovereign Civilian Man or the Sovereign Civilian population of a geographic location except as may be allowed under publicly declared Martial law. Should any Admiralty/Maritime rule of law have been in place then demand of/for cure and maintenance would/is/are required, by said rule of such international protocol(s). Further, at no time has any de-facto law of an artificial legal fiction corporate entity have jurisdiction over the Church/Kingdom of God/Jehovah, Divine Spirit, as Decreed by YHVH under the Davidic Throne in the Covenant and the Laws thereof. Even if the Kingdom may be destroyed the Bloodline would not be broken (89th Psalm). Thereby, the Petitioner is NOT bound by secular de-facto alleged rules/statutes/de-facto

color of law, herein, noticed to all hue-man legal fiction corporate creation of the inferior

secular state by fraud of adhesion equity contract as noted by the state issued Birth

(Redemption) Certificate, and legal fiction corporate forced servitude for the corporate

gain by way thereof, enforced corporate *tyrannia*.  All such adhesions contracts are

NULL & VOID as for the lack of open transparency to all parties of contract. Thereby,

the Private Property above listed Estate created at birth is now due and payable to the

Owner as the Beneficiary and herein Petitioner of the Birth Certificate (B®C)

Bonds/Trusts/ Corporation(s).

Whereas, the fraud of the 1871 Act was committed with the consent, knowledge, or

constitutional authority, waring against We, the people, the following is thereby

unconstitutional and notwithstanding:

## Two Constitutions in the United States.
## 1st 1787 US Constitution was illegally suspended
## in favor of a Vatican "Crown" corporation in 1871

Since 1871 the United States president and the United States Congress has been playing politics under a different set of rules and policies.  The American people do not know that there are two Constitutions in the United States.  The first penned by the leaders of the newly independent states of the United States in 1776.  On July 4, 1776, the people claimed their independence from the Crown (temporal authority of the Roman Catholic Pope) and Democracy was born.  And for 95 years the United States people were free and independent.  That freedom ended in 1871 when the original "**1787 Constitution for the United States of America**" was changed to the corporate bylaws "THE CONSTITUTION OF THE UNITED STATES OF AMERICA".

The Congress realized that the country was in dire financial straits, so they made a financial deal with the devil – the Crown (a.k.a. City of London Corporation – est. by the Catholic Church on Jan 1, 1855) thereby incurring a DEBT to the Pope.  The conniving Pope and his central bankers were not about to lend the floundering nation any money without some serious stipulations.  So, they devised a way of taking back control of the United States of America and thus, the Act of 1871 was passed.  With no constitutional authority to do so, Congress created a separate form of government for the District of Columbia.

With the passage of "the Act of 1871" a city state (a state within a state) called the District of Columbia located on 10 sq. miles of land in the heart of Washington was formed with its own flag and its own independent constitution – the United States of America's secret second

constitution. The flag of Washington's District of Columbia has 3 red stars, each symbolizing a city state within the three-city empire. The three-city empire consists of Washington D.C (the D.C. stands for District of Columbia)., City of London Corporation, and Vatican City State. City of London Corporation is the corporate center of the three city states and controls the world economically. Washington D.C. is in charge of the military, and the Vatican controls it all under the guise of spiritual guidance. Although geographically separate, the city states of; City of London Corporation, the Vatican and the District of Columbia are one interlocking empire called "Empire of the City" The constitution for the District of Columbia operates under tyrannical Vatican law known as "Lex Fori" (local law). When congress illegally passed the act of 1871, it created a corporation known as THE UNITED STATES and a separate form of government for the District of Columbia. This treasonous act has unlawfully allowed the District of Columbia to operate as a corporation outside the original constitution of the United States and in total disregard of the best interests of the American citizens/people.

POTUS is the Chief Executive (President) of the Corporation of THE UNITED STATES – operating as the CEO of the Corporation. POTUS governs w/a Board of Directors (cabinet officials) and managers (Senators and Congressmen/women). Donald J. Trump, as others before him, is POTUS — operating as "vassal king" – taking orders once again from "The Crown" through the RIIA (Royal Institute of Intl Affairs). The Jesuits, created the Royal Institute of International Affairs (RIIA) in 1919. The American equivalent to the RIIA is the Council of Foreign Relations (CFR).

What did the Act of 1871 achieve? The ACT of 1871 put the United States of America back under Crown rule (which is papal rule). The Act committed by fraud turned the free Republic into a Crown Corporation thereby striping the Sovereign We the People of the free Republic back under servitude in this new corporation of the United States of America, The Act of 1871, without any knowledge of this act of treason allegedly the now corporate people lost their independence in 1871.

THE CONSTITUTION OF THE UNITED STATES OF AMERICA is the constitution and/or the bylaws of the corporation of the incorporated UNITED STATES OF AMERICA. It operates in an economic capacity and has been used to fool the People into thinking it governs the Republic. It does not! Capitalization is NOT insignificant when one is referring to a legal document. This seemingly "minor" alteration has had a major impact on every subsequent generation of Americans. What Congress did by passing the Act of 1871 was create an entirely new document, a constitution for the government of the District of Columbia, an INCORPORATED government.

Instead of having absolute and unalienable rights guaranteed under the organic Constitution, We the People, now have "relative" rights or privileges. One example is the Sovereign's (the People) right to travel, which has now been transformed (under corporate government policy) into a "privilege" that requires citizens to be licensed – driver's licenses and Passports. By passing the Act of 1871, Congress committed TREASON against the People who were Sovereign under the grants and decrees of the Declaration of Independence and the organic Constitution. The Act of 1871 became the FOUNDATION of all treason since committed by government officials.

As of 1871 the UNITED STATES isn't a Country; It's a Corporation! In preparation for stealing America, the puppets of Roman banking cabal had already created a second government, a Shadow Government designed to manage what "the People" believed was a democracy, but what really was an incorporated UNITED STATES. Together this chimera, this two-headed monster, disallowed "the People" all rights of sui juris. [you, in your sovereignty]

The U.S. is a Crown Colony. The U.S. has always been and remains a Crown (Roman) colony. King James I, is not just famous for translating the Bible into "The King James Version", but for signing the "First Charter of Virginia" in 1606 — which granted America's British forefathers license to settle and colonize America. The charter guaranteed future German Roman Catholic Kings/Queens of England would have sovereign authority over all citizens and colonized land in America. After America declared independence from the Crown, the Treaty of Paris, signed on September 3, 1783 was signed.

**Notice** taken there is more fraudulent history following this lineage to be considered to prove the graft corruption of the Corporation of America, however, the above is enough to establish the foundation of fraud, which has bearing on this action brought before the court.

Whereas, the beginnings of the current fraud graft as well as corruption began and/or has continued through today first instituted with the Papal Bull's as established within the fraud of "The 3 Crowns," as well as "The Cestui Que Vie Act 1666," follows; Whereas, the fraud continues of the most sinister type herein lies the greatest of all deception against Sovereign Man, herein at the outset the Petitioner once again sets fourth that to establish that Plaintiff's heritage was set in heraldry centuries before the fraud of the 3 Crowns;

### The 1st Crown of Crown Land

While Pope Boniface VIII was the first leader in history to create the concept of a Trust, the first Testamentary Trust through a deed and will creating a Deceased Estate was not until Pope Nicholas V in 1455 through the Papal Bull Romanus Pontifex. This is only one of three (3) papal bulls to include the line with the incipit *"For a perpetual remembrance."* This Bull had the effect of conveying the right of use of the land as Real Property from the Express Trust Unam Sanctam to the control of

the Pontiff and his successors in perpetuity. Hence, all land is claimed as "crown land." This 1st Crown is represented by the 1st cestui Que Vie Trust created when a child is born, depriving them of all their beneficial entitlements and rights on the land at birth.

The 2nd Crown of the Commonwealth

The second Crown was created in 1481 with the papal bull Aeterni Regis meaning "Eternal Crown" by Sixtus IV being only the 2nd of three papal bulls as deeds of testamentary trusts. This Papal Bull created what is known as the "Crown of Aragon", later known as the Crown of Spain, being the highest sovereign and highest steward of all Roman Slaves subject to the rule of the Roman Pontiff. Spain lost the crown in 1604 when it was granted to King James I of England by Pope Paul V after the successful passage of the "Union of Crowns" or Commonwealth in 1605 after the false flag operation of the Gunpowder Plot. The Crown was finally lost by England in 1975 when it was returned to Spain and King Carlos I, where it remains to this day.

This 2nd Crown is represented by the 2nd cestui Que Vie Trust created when a child is born being the sale of the birth certificate as a Bond to the private central bank of the nation, depriving the Child of ownership of their flesh and condemning them to perpetual servitude as a Roman person, or slave. Whereas, as stated above the Child is born and is in silence declared dead, abandoned, and/or lost at sea, at this point a Admiralty receipt is issued or declared as salvage thereby, an issued Certificate of Live Birth is issued creating the false flag Corporate Estate/Trust to be signed over by the Mother, with or without the Father.  When the Mother signs she does so as the trustee of the Family Estate it matters not if the Father signs.

**The 3rd Crown of the Ecclesiastical See**

The third Crown was created in 1537 by Paul III through the papal bull Convocation also meant to open the Council of Trent being the third an final testamentary deed and will of a testamentary trust, being the trust set up for the claiming of all "lost souls", lost to the sea.

The Venetians assisted in the creation of the 1st cestui Que Vie Act of 1540 to use this papal bull as the basis of Ecclesiastical authority of Henry VIII. This Crown was secretly granted to England in the collection and "reaping" of lost souls. Again, the Souls lost at sea!

**"The Cestui Que Vie Act 1666"**

**(as copied from the Old English book of Law)**

The Cestui Que Vie Act 1666 CHAPTER 11 18 and 19 Cha 2, An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend. X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead. and,

"Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners." Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead, E+W;  If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every

such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead." (Note: As Copied from the original Old English text)

# RICO ACT U.S. CODE > Title 18 > Part I > Chapter 96
## Civil Actions under RICO

In order to obtain relief, the plaintiff must prove two "predicate offenses" (violations of § 1962) which prohibits persons who derive income from a pattern of racketeering activity or through the collection of an unlawful debt to invest the income in any enterprise which engages in interstate commerce. The statute does not mention "organized crime" or limit its application to criminal endeavors and can be applied to legitimate businesses.

It is unlawful for anyone employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. 18 U.S.C.A. § 1962(c) (West 1984). The Racketeer Influenced and Corrupt Organization Act (RICO) was passed by Congress with the declared purpose of seeking to eradicate organized crime in the United States. Russello v. United States, 464 U.S. 16, 26-27, 104 S. Ct. 296,

302-303, 78 L. Ed. 2d 17 (1983); United States v. Turkette, 452 U.S. 576, 589, 101 S. Ct. 2524, 2532, 69 L. Ed. 2d 246 (1981). A violation of Section 1962(c), requires (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479, 496, 105 S. Ct. 3275, 3285, 87 L. Ed. 2d 346 (1985).

A more expansive view holds that in order to be found guilty of violating the RICO statute, the government must prove beyond a reasonable doubt: (1) that an enterprise existed; (2) that the enterprise affected interstate commerce; (3) that the defendant was associated with or employed by the enterprise; (4) that the defendant engaged in a pattern of racketeering activity; and (5) that the defendant conducted or participated in the conduct of the enterprise through that pattern of racketeering activity through the commission of at least two acts of racketeering activity as set

forth in the indictment. United States v. Phillips, 664 F. 2d 971, 1011 (5th Cir. Unit B Dec. 1981), cert. denied, 457 U.S. 1136, 102 S. Ct. 1265, 73 L. Ed. 2d 1354 (1982).

An "enterprise" is defined as including any individual, partnership, corporation, association, or other legal entity, and any union or

group of individuals associated in fact although not a legal entity. 18 U.S.C.A. § 1961(4) (West 1984). Many courts have noted that Congress mandated a liberal construction of the RICO statute in order to effectuate its remedial purposes by holding that the term "enterprise" has an expansive statutory definition. United States v. Delano, 825 F. Supp. 534, 538-39 (W.D.N.Y. 1993), aff'd in part, rev'd in part, 55 F. 3d 720 (2d Cir. 1995), cases cited therein.

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity. Id. Racketeering predicates are related if they have the same or similar purposes, results, participants, victims, or methods of commission, or otherwise are interrelated by

distinguishing characteristics and are not isolated events. Id. at 240, 109 S. Ct. at 2901; Ticor Title Ins. Co. v. Florida, 937 F. 2d 447, 450 (9th Cir. 1991). Furthermore, the degree in which these factors establish a pattern may depend on the degree of proximity, or any similarities in goals or methodology, or the number of repetitions. United States v. Indelicato, 865 F. 2d 1370, 1382 (2d Cir.), cert. denied, 493 U.S. 811, 110 S. Ct. 56, 107 L. Ed. 2d 24 (1989).

Continuity refers either to a closed period of repeated conduct, or to past conduct that by its nature projects into the future with a threat of repetition. H.J., Inc., 492 U.S. at 241-42, 109 S. Ct. at 2902. A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time. Id. Predicate acts extending over a few weeks or months and threatening no future criminal conduct do not satisfy this requirement as Congress was concerned with RICO in long-term criminal conduct. Id.

As to the continuity requirement, the government may show that the racketeering acts found to have been committed pose a threat of continued racketeering activity by proving: (1) that the acts are part of a long-term association that exists for criminal purposes, or (2) that they are a regular way of conducting the defendant's ongoing legitimate business, or (3) that they are a regular way of conducting or participating in an ongoing and legitimate enterprise. Id.

When a RICO action is brought before continuity can be established, then liability depends on whether the threat of continuity is demonstrated. Id. However, Judge Scalia wrote in his concurring

opinion that it would be absurd to say that "at least a few months of racketeering activity. . .is generally for free, as far as RICO is concerned." Id. at 254, 109 S. Ct. at 2908. Therefore, if the predicate acts involve a distinct threat of long-term racketeering activity, either implicit or explicit, a RICO pattern is established. Id. at 242, 109 S. Ct. at 2902.

The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy. Delano, 825 F. Supp. at 542. All that must be shown is: (1) that the defendant agreed to commit the substantive racketeering offense through agreeing to participate in two racketeering acts; (2) that he knew the general status of the conspiracy; and (3) that he knew the conspiracy

extended beyond his individual role. United States v. Rastelli, 870 F. 2d 822, 828 (2d Cir.), cert. denied, 493 U.S. 982, 110 S. Ct. 515, 107 L. Ed. 2d 516 (1989).

# Civil Remedies Under RICO

Persons injured by reasons of a RICO violation have a civil cause of action under the terms of the act. 18 U.S.C. §§ 1962(c), 1964(c)) provides for liability in civil suits brought by any person injured 'in his business or property' by a RICO violation, with a compulsory award of treble damages, costs, and attorneys fees and makes it unlawful for 'any person' who is employed by or associated with 'any enterprise' affecting interstate commerce to 'participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity. Section 1964(c) requires "a RICO plaintiff to make two related but analytically distinct threshold showings . . .: (1) that the plaintiff suffered an injury to business or property; and (2) that the plaintiff's injury was proximately caused by the defendant's violation of 18 U.S.C. § 1962." However, a showing of injury requires proof of a concrete financial loss and not mere injury to a valuable intangible property interest. Moreover, the defendant need not be criminally convicted before a civil plaintiff can sue for treble damages under RICO. The statute requires only that the criminal activities are "chargeable" or "indictable" under state or federal law, not that the defendant has already been charged or indicted. 18 U.S.C. § 1961(1). However, there is one exception to this rule: civil RICO claims cannot be predicated on securities fraud violations unless the defendant has been criminally convicted of a securities fraud violation. 18

U.S.C. § 1964(c). Therefore, in essence, there are eight elements that a plaintiff must plead before availing himself of the enhanced damage and attorney fees provisions of the RICO Act: (1) that defendant (2) through commission of two of the enumerated predicate acts, (3) which constitute a "pattern" of (4) "racketeering

activity," (5) directly or indirectly participates in the conduct of (6) an "enterprise," (7) the activities of which affect interstate or foreign commerce, and that (8) plaintiff was injured in his business or property by reason of such conduct.

## Limited JURISDICTION Appointed

Whereas, the Petitioner acting in a lawful timely manner in his office well within the Common Law. Petitioner by filing this action has granted limited jurisdiction establishing an article three (3) jurisdiction over the subject matter. Thereby, further establishing this court as a US Republic 1787 Constitutional Court as established under the Judicial Branch  is the Court of Competent Common Law Jurisdiction, therefore, other corporate administrative hearing positions such as Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical/ Canon Law notwithstanding. Therefore, under International Common Law having Jurisdiction as established within the following issues of jurisprudence; as the full nature of et-al claims, charges, acts, and/or Crimes Against Humanity deprivation of Human Rights as committed by the Defendant Class in full or in part have been committed not just against the Petitioner, and/or have been committed against the entire population of We the People with the several States as demonstrated within the Corporate "State" of California, most regularly suffered against the poorest and/or most helpless of the Sovereign Population as well as individuals/ foreigners of many other nations. These acts of fraud, extortion, as well as betrayal of the Creators "We the People," then subvert the Law(s) and/or the very judiciary system therein, defrauding and/or depriving any chance for the general population of "We the People," by ignorance, and/or manipulation of the LAW, wherein, we the people having no understanding but by manipulation standing under the system of alleged rules, which  attempt to deprive all 'We the People" of our

Human Rights and/or in the redress of grievances arising from the misapplication and/or usurpation of alleged authority of the De-facto statutes of Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or  Ecclesiastical Law, thereby, supplanting the De-jure Common Law, and Divine Right given to all Sovereign Men (gender not specific) thereby, established by Contract i.e. organic Constitution between the Sovereign "We the People" et-al Men and thereby created legal fiction corporate governments, wherein, the control of the alleged system of De-facto courts as stated above through economic and/or monetary restrictions by way of court costs and/or fees, so as to have any ruling issued in the favor of the Sovereign Individual who may be in the way of the corporate interests and/or tyrannical actions in self-preservation of the system of fraud who then impose the way/system through any issue of self-serving judicial, legislative, a and/or executive usurpation.  The fact of this is/are beyond contention. This is even heightened by the fact after imposing the ruling rendered from a so-called de-facto judge, people will be victimized even to the point of being imprisonment or even killed to remove the Sovereign Rights of We the People from any illegal taking and/or estoppels of outright theft of the real and/or private property. This fact will be further outlined within the balance of this action.

1.) Jurisdiction of this court arises standing under International Crimes Against Humanity Law (as stated above), and 28 U.S.C. §. 1331, 1337, 1343(a), and 1367(a); 42 U.S.C. §. 1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere with civil rights), 1988 (proceedings in vindication of civil rights); 18 U.S.C. 1341; 18 U.S.C. 1511. Hobbs Act 18 U.S.C. § 1951 (a-b)

Hobbs Act, 18 U. S. C. §1951(a).

The Hobbs Act punishes "extortion," one of the oldest crimes in our legal tradition, see E. Coke, The Third Part of the Institutes of the Laws of England 148–150 (1648) (reprint 2008). The crime originally applied only to extortionate action by public officials, but was later extended by statute to private extortion. See 4 C. Torcia, Wharton's Criminal Law §§695, 699 (14th ed. 1981). As far as is known, no case predating the Hobbs Act—English, federal, or state—ever identified conduct such as that charged here as extortionate. Extortion required the obtaining of items of value, typically cash, from the victim. See, *e.g., People* v. *Whaley*, 6 Cow. 661 (N. Y. Sup. Ct. 1827) (justice of the peace properly indicted for extorting money); *Commonwealth* v. *Bagley*, 24 Mass. 279 (1828) (officer properly convicted for demanding a fee for letting a man out of prison); *Commonwealth* v. *Mitchell*, 66 Ky. 25 (1867) (jailer properly indicted for extorting money from prisoner); *Queen* v. *Woodward*, 11 Mod. 137, 88 Eng. Rep. 949 (K. B. 1707) (upholding indictment for extorting "money and a note"). It did not cover mere coercion to act, or to refrain from acting. See, *e.g., King* v. *Burdett*, 1 Ld. Raym. 149, 91 Eng. Rep. 996 (K. B. 1696) (dictum) (extortion consisted of the "taking of money for the use of the stalls," not the deprivation of "free liberty to sell [one's] wares in the market according to law").

2.) Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 18(a), and arises under the doctrine of pendent jurisdiction as set forth in <u>United Mine Workers v. Gibbs</u>, 383 U.S. 715 (1966).

## MEMORANDUM OF LAW

*USC 42 §1983 for Deprivation of Civil Rights, §1985(3) for Conspiracy, Common-Law Conspiracy and/or Extortion Hobbs Act, 18 USC § 1951(a-b), etc.(as in the conversion of human rights into a crime controlled as a privilege then to extort a fee or ransom),* National/International Crimes Against Humanity deprivation of human rights;

"**Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Common laws, shall be liable to the party injured in an action at law, suit, or other proper proceeding for redress...**"

3.) Whereas, In 18 USC 1951(b)(2) - (Hobbs Act), "Extortion" is defined as, "the obtaining of property from another, with his consent, induced by wrongful use of actual

1  or threatened force, violence or fear, or under color of official right." and,

2   The inclusion of the element of simple fear is important; it is that which distinguishes
   the extortion as defined by Hobbs from "blackmail", where a well-defined fear of a
3   definite action is required to have been communicated.  From the statutory language,
   it would appear that fear alone should be considered as sufficient inducement; and, in
4   Evans v. US 504 US, 255(1992) the Court reconstructs the ambiguous wording and
   grammar of the statute on the basis of Congressional intent and the principle of lenity,
5   saying:

6   "The more natural construction is that the verb; The "induced" applies to both types
   of extortion described in the statute.  Thus, the unstated "either" belongs after
7   "induced": "The term `extortion' means the obtaining of property from another, with
   his consent, induced either [1] by wrongful use of actual or threatened force, violence,
8   or fear, or [2] under color of official right." This construction comports with correct
   grammar and standard usage by setting up a parallel between two prepositional
9   phrases, the first beginning with "by"; the second with "under."  Thus, fear itself is
   still sufficient to induce the victim to relinquish property willingly to the extortioner.

10  Whether or not the victim's fear is causally related to acts or intentions of the
   extortioner. is not required to be known or proven. Though this may seem too broad a
11  sufficient condition, it directly allows more subtle and more pernicious forms of
   extortion that would, in fact, prevent or hamper due process. Intent, when not directly
12  expressed, must be inferred.  Since the mind is not directly available for observation,
   a finder of fact is left free to consider a body of evidence which may or may not be
13  consistent, to an appropriate degree of belief, with the proposition that the extortioner
   has in some way caused, or even exploited, any known or obvious fear possessed by
14  the victim.

15  Note; The word "wrongful", in 18 USC 1951(b)(2), means that the
   extortioner has no lawful claim to the property obtained."

16
17          Judicial Notice of Fraud, Intent to Commit Fraud,
            Identity Theft/Fraud, Via Any and/or All Means,
18            Third Party Interloping etc., et-all, Fraud By
                  Omission and/or Commission

19  Whereas, for the De-facto "Legal" Reference Only as related to the former Bond

20  Name/Title of "GREGORY LOUIS PECK," (straw-man/corporate creation at birth)

21  including any and/or all variations ever created thereof, with false pretense, assumption,

22  Presumption, as well as, deception is hereby, Null and Void as to, for, the fraudulent

23  act(s) instituted therein, of said Name/ Title creation, GREGORY LOUIS PECK, Estate,

or PECK, GREGORY LOUIS. Further it is herein stated, ALL entities/parties/agents/ De-facto authorities, proclaiming alliance with the Petitioner as in the Living Flesh with Blood Flowing Man i.e. a sentient being is/are and forever by the will of the Petitioner as a Sovereign Man rendered Null and Void by way of the fraudulent act(s)/actions undertaken in, of, for, during by Omission and/or Commission of et-al, and, Whereas, et-al entities, of legal fiction, Corporations, be they Municipalities, Cities, Counties, States, which have committed act(s)/actions, undertaken in, of, for, during by Omission and/or Commission of Fraud and/or have TRESPASSED upon Petitioner, free will as well as Sovereign Rights, wherein, all previous or prior assumptions as well as presumptions either in ignorance or in fraudulent deception and intention herein and forever are Null and Void, *ab initio, ad infinitum, nunc pro tunc.*

Whereas, current, Corporations Municipalities, Cities, Counties, States, courts are in dishonor as the De-facto color of law courts are established to/of administer, exercise, as well as enforce statutes of Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical Law, thereby, supplanting the De-jure of Common Law, Constitutional Law, or fail upholding the Human Rights of et-al Men, thereby, acting as a juris-fiction warring against the Constitution as well as the Sovereign Rights of Man. Therefore, as juris-fictions has no standing at the Common Law, and said alleged officers of De-facto courts of juris-fiction do not exist by virtue thereof  as each stands in violation of the 12th amendment, therefore, they dishonor their oath(s) to the Organic Constitution for the united States of America, as well as, the Common Law, Law of the Land, i.e. Human Rights of the Sovereign Man having living flesh with blood flowing. and,

Whereas, the juris-fiction courts are in dishonor as the de-facto courts fail the under-standing and/or not standing under the true nature of the Sovereign Man is to acknowledge the Creator in relation to the created. Sovereign Man (gender not specific) Created the Republic of the united States for America, as well as, the Republics of the several States, the legal fiction governments by usurpation created corporate governments/State/Public/ as well as Private Entities.  This Creation by usurpation process was established by the drafting and ratification of a contract know as a Corporate Constitution(s) and/or Articles of Incorporation, (Noted above the Vatican Crown Constitution 1871act) in either case, these documents are/were created by the usurpation of the authority without the knowledge of We the Sovereign Men "We, the People," thereby, establishing the lesser Created Corporate entity/ government. Herein, as stated in two preambles from the two different constitutions, the first is the Preamble to the Republic/ State of California Constitution wherein the question of Sovereignty is addressed declaring "WE THE PEOPLE" establish... The second preamble to the United States of America Constitution;

### California Constitution Preamble

"We, the People" of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution. (Emphases added)

### United States Constitution Preamble

"We the People" of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.  (Emphases added)

Whereas, in both above Preambles uses the term "We the People," each establish the same meaning; "We the People" and/or the Sovereign People created both forms of

government by our/their choice by our/their hand.  Question; how than does the created

become greater than the Creator? How does the created become allegedly sovereign over

the Creator as in WE THE SOVEREIGN PEOPLE?

Answer; the created cannot become greater over the Sovereign who created the artificial

legal fiction corporation in the first place except by fraud. This fraud will be exposed

within the context of this complaint. and,

Whereas, the acts and/or level of fraud is total without exception forced upon the total

population of this Republic of America as well as California (as well as the several states)

in direct opposition to the contractual limitations imposed by the our US Organic

Republic Constitution, which is the contract between "We the People" and/or the limited

reach of government effecting life, liberty, and property. The legal fiction corporation(s)

State(s) government as result therefore, every branch, department, level of municipal,

county, and state of the de facto legal fiction corporate government(s) is/are in default of

the founding contract between the Sovereign People of the geographic territory known by

most as the United States of America

## COMPLAINT

COMES NOW, Petitioner as Owner, Executor Trustee, and Beneficiary, in sui juris a

party intervener, occupant of the general Executrix Office owner/ beneficiary is

the holder of the private/real property estate, for/of Dorothy L. Fine a.k.a. DOROTHY L.

FINE, (aka DOROTHY L. ANGILLETTA) herein Decedent due to the passing from this

life into the next on May 20, 2017. Thereby all holdings held owned and/or controlled by

Decedent are the property real/private as of May 20, 2017 are now the private property

by way of the Grant Deed issued on December 15, 2017, to Petitioner, as well as, real

1   property of a.k.a. GREGORY LOUIS PECK, and/or PECK, GREGORY LOUIS Estate.

2   Petitioner is now standing before this LIMITED JURISDICTION COMMON LAW

3   CONSTITUTIONAL COURT,  by mandate under the Organic Constitution for the

4   united States of America as the Republic under the common law, law of the land, and the

5   International Common Law, setting aside the lesser forms of judicial fiction brought

6   about by the misapplication and/or usurpation of alleged authority under color of law

7   by/of the De-facto statutes of Equity, Commercial, Business, Torts, and/or Admiralty

8   /Maritime Law/ as well as Ecclesiastical Law of Ba-al, having an answer as well as the

9   demand estoppels upon the court in the first matter of functioning as a court of Equity,

10  Commercial, Business, Torts. Therein Petitioner claims the Right of <u>Remedy</u>; in the

11  second matter, acting as a court of Admiralty /Maritime, Petitioner claims the Right of

12  <u>Cure And Maintenance</u>; as or the third matter of the Ecclesiastical Law of Ba-al,

13  Petitioner is a Living Flesh and Blood sentient being, created by YHVH in his likeness

14  Endowed with Mind, Body, and Soul does not bow to Ba-al nor does this court have

15  ownership or control of Petitioner's Soul. Herein, Petitioneras Sovereign Man alleges and

16  complains as follows:

17

18  Whereas; the question of constitutionality in the first case must be considered, given the

19  fact the 1787 Constitution was supplanted, usurped, and/or unlawfully suspended with

20  the 1871 Act creating a Corporation government existing from then until now, how is it

21  then that a Department or agency (HUD) of said corporation have/has any authority to

22  even exist never mind have any constitutional standing dealing with any issue of lawful

23  rights of We the People i.e. life, liberty, and property?  As a department of corporation

only then having its own corporate self-interests at its core. T server and/or protect the corporate bottom line before or instead of the interests of We the People.

Whereas, Hud, Seattle Mortgage Bank, Hud, Defendant's et-al either must establish by way of independent audit or by court review of the source and/or origin of any valuable monetary consideration was given in exchange of title of side property.

Whereas; there must be an understanding of the fraudulent position taken in this out right extortion and/or taking of real private property under what amounts to racketeering, fraud, and/or conspiracy to commit counterfeit fraud and extortion, once understood that here is an organized entity known as HUD, which is in fact a department of the unlawful corporate government the 1871 corporation UNITED STATES OF AMERICA, having no lawful standing under the Constitution therefore, by definition  an unconstitutional rouge agency claiming title over private real property under a system of monetary fraud a.k.a. Federal Reserve, by way of a scheme of credit, fiat currency, counterfeit paper alleged to be money, having established already as ruled unconstitutional to force the payment of an alleged debt, which was in fact never funded by anything of value in the first case in worthless paper ink Federal Reserve Notes debt notes. Again, how does any debt become paid with more debt.

Whereas, On or about August 2005 Decedent did unknowingly enter into a what is referred to as a Reverse Mortgage at the age of 72, allegedly with Seattle Mortgage, being encouraged by the agents to sign up for the Reverse Mortgage without anyone of counsel

1    or information available to counter any alleged statements made by agents offering the

2    Reverse Mortgage and/or explaining the adverse consequences thereof. There is no doubt

3    the Decedent was not knowledgeable nor was it explained in fact she was being lured into

4    a Ponzi scheme of fraud in the giving of her real property in exchange of worthless

5    Federal Reserve Notes. This fact is quite sure not to have been explained to the Decedent

6    further dishonoring the alleged contract(s) as a maximum of contract law <u>ALL</u> Terms

7    and Conditions of any contract must be known by all parties to the contract. It stands to

8    reason, what person would knowingly sign away the title to any real and/or private

9    property in exchange for worthless fiat notes having no more value than the cost of the

10   paper and ink. It further goes without saying any person, agent, loan officer, and/or

11   banker either knew or should have known of this fraud of the fiat notes as they are to be

12   considered as professionals knowledgeable in the finance industry.  As in any contract

13   failure to disclose all and/or every material fact of any alleged contract, does in fact

14   renders the full/whole contract null and void on its face. No matter the alleged authority

15   of HUD as an agency of the illegal corporation notwithstanding, given the expert position

16   the agency holds in the housing as well as the finance business this agency without any

17   reasonable doubt knows full well of the worthless use of the fiat paper Federal Reserve

18   Notes as counterfeit money. (to be explained further herein) Further, it should be noted

19   no UCC 1 or 3 was filed to perfect any claim of lien to secure any claim against Decedent

20   by any party holding any deed thereof.

21   Further, Decedent was living alone and about this same period of time having suffered a

22   stroke therefore, it is reasonable to assume the Decedent may not have been in the best of

23   condition to have knowingly understood any information or statement leading up to

agreeing to the Reverse Mortgage. Some reverse mortgage lenders are accused of using deceptive and aggressive tactics to lure senior homeowners into taking out a reverse mortgage. Among the complaints about information on reverse mortgages seniors say they are given are allegations that seniors were not informed of the risks associated with reverse mortgages and were told there was no risk of a reverse mortgage default leading to foreclosure. In truth, there is a possibility of defaulting, and many seniors have had their homes foreclosed when they were unable to pay the reverse mortgage. But, interest rates are typically higher than on traditional mortgages and the interest compounds, meaning by the time the homeowner has to pay back the reverse mortgage, he or she could owe more than double what was initially loaned. Furthermore, homeowners are still responsible for paying the insurance and taxes. In some cases, older spouses have been put on the deed for the reverse mortgage and the younger spouses told their names could be added later. When their name wasn't added and their older spouse passed away, the lenders came looking for repayment and threatened foreclosure if they did not get it.

Whereas, Petitioner, having returning to the States August 11, 2013 Petitioner meet with the Decedent when it was decided the best thing would be to move back into the family home/estate with the Decedent, Petitioner did in fact return to the family home as of August 11. 2013 and does in fact still occupy the home until now. Therein, the residence at 1407 Dunswell Ave. Hacienda Heights, CA 91745, thereby establishing residence from then until now and/or has been the Petitioner primary residence sense August 11, 2013 the only period away from the residence was a brief period in which time the Decedent in fact because of her weak state did pass away.

Whereas, upon receiving word of the passing of the decedent the Petitioner returned to take care of the necessary needs of caring for the Decedents funeral as well as burial arraignment, further trying to locate and/or deal with the Reverse Mortgage,

Whereas, about mid-August 2017, Petitioner found information leading to contact the HUD agent NOVAD, Petitioner finding the form in the large stack of mail filled out the form attaching the Decedent's Death Certificate and mailing the documents to NOVAD by the end of August, no reply or any response of any kind was received from NOVAD until January 2018, in the reply NOVAD stated the Reverse Mortgage was due and payable in the amount of $328,792.99 by the 02/07/18,

Whereas, Petitioner did have several phone conversations as well as exchanging E-mails with NOVAD one of the first calls and mails was to E-mail a copy of the Decedent's Death Certificate as NOVAD claimed they did not receive the copy which attached to the form which Petitioner had mailed back in August 2017, Petitioner informed the NOVAD agent that the Grant Deed on subject real property was issued to Petitioner December 15, 2017, and,

Whereas, Petitioner in further phone conversations asked for the HUD case number NOVAD refused to supply the case number, NOVAD also refused to inform the Petitioner the information as to who was holding the Reverse Mortgage/Trust Deed, and in fact has refused every request made by Petitioner to aid in the disposition of the subject property.

Whereas, Petitioner further asked for the true certified original copy of the promissory note, Trust Deed, as well as, the Mortgage contract held on the subject property, in

response NOVAD admitted they or HUD do not have nor do they know who or where the original promissory note, or Trust Deed is nor do they have the Mortgage contract.

Whereas, Petitioner has tried to sell the real property having a signed purchase agreement from a qualified buyer, however, could not go through with the sale as even though Petitioner has the Grant Deed, Petitioner could not secure Title Insurance without 1.) HUD signing off on the sale, and/or 2.) going through Probate when there is no question or other claim of ownership on the Real property. Never mind going through Probate would take longer than HUD would allow for allegedly paying off whatever amount HUD may require to be paid, which of course HUD has refused to provide a payoff balance to Petitioner as requested. Again, the question becomes how could there be any debt in the first place as the title report shows Hud only allegedly paid one (1) Federal Reserve Note (1 Dollar) to have a position on title in the first place. And again, in truth HUD did not pay even the one dollar as the FED Note is not valid lawful money only a Fiat Debt Note with no substance of Value. Further proof of the RICO charges of stealing by extortion the real property without any valuable consideration given/paid in the first case.

Whereas; When you close on the purchase of any property, you sign two important documents. First a promissory note that represents the negotiable instrument and/or the legal obligation to pay and/or make, payable "to the order of" the "lender" identified in the promissory note. At closing you also sign a Mortgage (or a Deed of Trust in Deed of Trust States). You may sign more than one Mortgage because it does not represent a legal

obligation to pay anything. You could sign 50 Mortgages relating to your $300,000 loan and it would not change your obligation. A Mortgage is a security instrument. It is security and security only. Without a promissory note, a mortgage is nothing. Nothing. You "give" or "grant" a mortgage to your original lender as security for the promise to pay as represented by the promissory note. In real estate law parlance, you "give/grant" the "mortgage" to the "holder" of your "promissory note." **First National Bank of Elk River v. Independent Mortgage Services, 1996 WL 229236 (Minn. Ct. App. No. DX-95-1919):**

Whereas, If the lender has record title to a mortgage but cannot show having possession of and/or entitlement to enforce the promissory notes i.e. Trust Deed, and/or has not made any UCC filing to secure any claim, which the mortgage secures, there is no claim to act upon payment thereof. Further if the lender cannot show and/or prove valuable consideration paid has been exchanged in transaction as establishing a form of loan then no loan has taken place, no debt incurred and/or no claim may be made for repayment.

Whereas, a fact of fraud of any Mortgage at any time entering into such a real property as the fact is while the owner or buyer is signing over the real property for some monetary amount, therefore, the owner or buyer hands over the real property with real value, however, does not/did not receive anything of real value in exchange of the transaction as the payment is funded and/or paid out with the use of Federal Reserve credit scheme i.e. Federal Reserve Notes.

1.)The economic scheme of the Federal Reserve Bank (herein the FED) of creating fiat book-entry money via T-securities in the amount of the principal of the security with a

promise to repay the principal PLUS the interest (i.e., deficit spending), is impossible. The interest is never created. The debt must continually be increased to pay interest on earlier securities or the economy will collapse from de-leveraging;

2.) Whereas, the Banking Law 12 USC § 411 requires that the Federal Reserve Note's are only to be used Bank to Bank, not to be used as currency circulated in the general population as legal tender.  Further, the National Debt can never be paid off as the need to increase the debt must continue as the system requires such increases to offset the printing of FRNs as in kiting the notes to continue the fraud. Contracts that cannot be culminated are acts of fraud and are void from their inception, as nothing of Value has been given in the exchange of the valuable real property/land. The Federal Reserve Bank is NOT actually a lending operation.  IT IS A FIAT PRINTING PRESS.  It is an illegal monopoly on the power to counterfeit fiat paper, as alleged U.S. *"dollars"*.  the Federal Reserve Notes are COUNTERFEIT.  It is an unconstitutional, and therefore illegal, monopoly on the power to counterfeit *"money"* into existence, in its own hands of course.  A power that has of course, been unconstitutionally granted to the bank's owners by the corruption and/or graft of persons (and traitors) in Congress.  The reason why this is all true is because the bank DOES NOT POSSESS THE MONEY THAT IT LENDS, BUT SIMPLY COUNTERFEITS IT OUT OF THIN AIR. Tell me, how do you lend to others, that which you do not actually possess yourself to lend?  Can you lend money that you do not possess to someone who asks for a loan, or for help?  HOW DOES THE FEDERAL RESERVE BANK DO IT?  (By illegal monopoly?)  So how is it possible?  ONLY BY FRAUD AND THEFT, HOW CAN YOU PAY DEBT WITH DEBT? HOW CAN ONE PROMISSORY NOTE BE USED TO PAY OFF and/or

LEVERAGE ANOTHER NOTE OF/WITHOUT ANY VALUE?

Whereas; The Federal Reserve Bank is NOT EVEN actually part of the Federal government.  It is no more *Federal* than Federal Express, or Federated Department Stores.  It is a private corporation with a legislated monopoly on currency and credit that is allowed to BUY its paper currency for nothing more than the cost of the paper, ink, and labor, from the Bureau of Printing & Engraving (U.S. Treasury).  Originally this added up to about 2.3 cents per note, or $230.00 (in Fed Notes) to buy 1 million dollars (10,000, 100 PAPER dollar bills).  Today the cost is apparently still about the same.

3.) Because of the existence of the Federal Reserve bank and fractional reserve banking system, America is now without any permanent money supply AT ALL, and all of the paper (FED notes) that we now have and use as *money* (in place of real *money*) have been borrowed into existence from this monopoly.  Unfortunately, the "*money*" to pay the interest on this borrowing has never been created within the system.

4.) Whereas; there may have been a Mortgage entered into and the Decedent may in fact have signed an agreement to secure some monetary amount the fact is/are having given Valuable real property the Decedent did not then nor until this date has anything of valuable consideration been given in consideration of the value of the Subject real property, therefore, how could repayment be made when nothing of value was received.

5.) Whereas; the next question becomes how can a debt be paid with debt certificate FED Note? Given the Federal Reserve Note is a Promissory Note at best promising to pay something of value at some point of time in the future, and/or at worst paper worth no more than the cost of the paper, ink and labor to print thereby, not worth anything, therefore, in either case of the above there was no valuable consideration given for the

real property thereby, without valuable consideration rendering the contract/transaction of this mortgage is/are null and void on its face. Therefore, the Defendants/Respondents having given nothing of value i.e. no valuable consideration rendering any contract null and void they Defendant/Respondent have no claim for repayment thereof.

6.) Whereas; the matter has already been well decided at Law;

RE:  <u>First National Bank of Montgomery vs. Jerome Daly</u>

---

**STATE OF MINNESOTA**
**COUNTY OF SCOTT**
**TOWNSHIP OF CREDIT RIVER**

**JUSTICE MARTIN V. MAHONEY**

---

First National Bank of Montgomery,

Plaintiff

Vs

Jerome Daly,

Defendant

## JUDGMENT AND DECREE

The above entitled action came on before the Court and a Jury of 12 on December 7, 1968 at 10:00 am. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its Counsel, R. Mellby. Defendant appeared on his own behalf.

A Jury of Talesmen were called, impaneled and sworn to try the issues in the Case. Lawrence V. Morgan was the only witness called for Plaintiff and Defendant testified as the only witness in his own behalf.

Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19 Fairview Beach, Scott County, Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8, 1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

[Summary of pleading] – 32

Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookkeeping entry as the consideration for the Note and Mortgage of May 8, 1964 and alleged failure of the consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to plaintiff.

The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that the Defendant was estopped from doing so.

At 12:15 on December 7, 1968 the Jury returned a unanimous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of United States and the Constitution and the laws of the State of Minnesota not inconsistent therewith;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8, 1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26, 1967 is null and void, of no effect.

4. That the Plaintiff has no right title or interest in said premises or lien thereon as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute binding the jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has jurisdiction to render complete Justice in this Cause.

The following memorandum and any supplementary memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

**BY THE COURT**

Dated December 9, 1968

Justice MARTIN V. MAHONEY

Credit River Township

Scott County, Minnesota

**MEMORANDUM**

The issues in this case were simple. There was no material dispute of the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of their interlocking activity and practices, and both being Banking Institutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookkeeping entry. That this was the Consideration used to support the Note dated May 8, 1964 and the Mortgage of the same date. The money and credit first came into existence when they created it. Mr. Morgan admitted that no United States Law Statute existed which gave him

the right to do this. A lawful consideration must exist and be tendered to support the Note. See Ansheuser-Busch Brewing Company v. Emma Mason, 44 Minn. 318, 46 N.W. 558.   The Jury found that there was no consideration and I agree.   Only God can create something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2nd "Actions" on page 584 – "no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party."

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful right can be built.

Nothing in the Constitution of the United States limits the jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties.  Any provisions in the Constitution and laws of Minnesota which attempt to do so is repugnant to the Constitution of the United States and void.  No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not receive a fair trial. From the admissions made by Mr. Morgan the path of duty was direct and clear for the Jury. Their Verdict could not reasonably been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court of December 7, 1968.

**BY THE COURT**

December 9, 1968

> Justice Martin V. Mahoney
> Credit River Township
> Scott County, Minnesota.

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emission of Bills of Credit upon the books of these private Corporations for the purpose of private gain is not warranted by the Constitution of the United States and is

unlawful. See <u>Craig v. Mo</u>. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty.   M.V.M.

**JEROME DALY** had his own information to reveal about this case, which establishes that between his own revealed information and the fact that Justice Martin V. Mahoney was **murdered** 6 months after he entered the Credit River Decision on the books of the Court, why the case was never legally overturned, nor can it be.

7.) Whereas, no matter of the alleged color of law the alleged illusion of the shadow banking cartel headed by the private bank known as the Federal Reserve, which a private Banking Cartel and/or does not have any connection with and/or is not in any way connected with nor part of the any US Government agency.

8.) Whereas, the fraud, coercion, conspiracy, extortion, as well as private/public corruption is at every level every fiber of this Ponzi scheme which began with the Jekyll Island secret meeting 1910, in this meeting the plan was set how to create a one central bank contrary to the original constitution.

9.) As noted the Federal Reserve act has been ruled Unconstitutional, the following is the

opinion Quote from the ruling Judge, who by the way gave his life for his ruling.

**FEDERAL RESERVE ACT RULED UNCONSTITUTIONAL!**
**QUOTE:**
Judge Martin Mahoney wrote the following about a case he ruled over, The First National Bank of Montgomery v. Jerome Daly, December 7, 1968: (See 17 Am. Jur. 85, 215, and 1 Mer. Jur. 2nd on Actions, Section 550)

"There is no lawful consideration for these Federal Reserve Notes to circulate as money. The banks actually obtained these notes for the cost of printing. A lawful consideration must exist for a note...

"The activity of the Federal Reserve Banks...and the First National Bank of Montgomery, is contrary to public policy and contrary to the Constitution of the United States, and constitutes an unlawful creation of money and credit for no valuable consideration. Activity of said banks in creating money and credit is not warranted by the Constitution of the United States.

"The Federal Reserve Banks and National Banks exercise an exclusive monopoly and privilege of creating credit and issuing notes at the expense of the public, which does not receive a fair equivalent. This scheme is obliquely designed for the benefit of an idle monopoly to rob, blackmail, and oppress the producers of wealth [you and me and our ability to work and be productive].

"The Federal Reserve Act and the National Bank Act are, in their operation and effect, contrary to the whole letter and spirit of the Constitution of the United States, for they confer an unlawful and unnecessary power on private parties; they hold all of our fellow citizens in dependence; they are subversive to the rights and liberation of the people.

"These Acts have defied the lawfully constituted Government of the United States. The Federal Reserve Act and National Banking Act are not necessary and proper for carrying into execution the legislative powers granted to Congress [See Article 1, Section 8, Clause 5 of the Constitution of the United States] or any other powers vested in the government of the United States, but on the contrary, are subversive to the rights of the People in their rights to life, liberty, and property...

"No rights can be acquired by fraud. The Federal Reserve Notes are acquired through the use of unconstitutional statutes and fraud. The law leaves wrongdoers where it finds them. Slavery and all its incidents, including peonage, thralldom, and the debt created by fraud is universally prohibited in the United States. This

case represents but another refined form of slavery by the bankers. Their position is not supported by the Constitution of the United States."

Two weeks after Judge Mahoney ruled in favor of Daly, and wrote the above, the Judge was assassinated. UNQUOTE!

10.) The question becomes how can a parcel of real property owned and lived in for 48-50 years now stand as the heritage of the family estate to be past as an inheritance for future generations be held against such inheritance by the claim of a debt of which nothing of

11.) Whereas, this original transaction was fraudulently transacted upon the Decedent on or about August 2005, and now allegedly the Department of the Unlawful Corporate government HUD is by entrapment under color of law trying to force a Sovereign Man to commit a felonious act of fraud as well as treason becoming a co-conspirator accessory after the fact in the in circulation of counterfeit fiat FED Notes with the intent to defraud the general population of this nation with the continuation of this RICO scheme,

12.)Whereas, by trying to entrap the Petitioner into a crime with the lure of securing his heritage/ inheritance thereby violating the Hobbs Act as well as RICO, the Banking cartel and/or the alleged government actors i.e. HUD are causing the Petitioner grave injury, as well as hardship committing crimes against his family, as well as crimes against humanity entrapping through fraud of the banking cartel headed by the graft corruption of the very corporation government illegally formed without the knowledge and/or the consent of We the People, thereby keeping this corruption hidden in secret enslaving the people to the Crown Rule as well as striping their life, liberty, and property from each man woman and child for the last and/or about 147 years with each step of treason against this Republic on the increase, with the killing of presidents and judges and how many others, the wholesale destruction of the fabric of our Republic now is the time to end this lie.

13.) Whereas, the material facts herein cannot be questioned given this fraud is well known as well as adjudicated noting the irrefutable fact there cannot be any claim lawfully made against the real property by any of the Defendant/Respondent class. And is hereby refused for cause.

14.) Whereas, the Maximum Law, if an action is in fact a commission of fraud, the fraud is not from when the act is discovered but from the moment of the act, thereby, any act(s), allegations, claims, charges, even alleged violations of alleged rules, codes, color of laws, are null and void on their face as the foundation of the claims and/or have been committed through actions of RICO and are fraudulent in character as well as nature of the act. Further the Maximum of fraud that nothing may be gained by the act of fraud.

# CLAIM for DAMAGES

WHEREFORE, as the Petitioner's has been damaged from the outset by having demands made to pay off a Mortgage, which was never funded by anything of Value given in/as the valuable consideration in the first place as has been shown the only as a system of debt exchange is/was the use of the Federal Reserve Fiat Monetary Ponzi scheme debt promissory notes and/or the ledger bank entry of the alleged credit fraud.

Whereas, therefore, Petitioner has and/or is being damaged in an excessive extortion amounting to over a real monetary value of at least Five Hundred Thousand ($500,000) more or less, as granted to be paid in real US Dollars equivalent in either gold or silver coins as required by the Organic1787 Constitution of America to be coined by the US Treasury.

Whereas, there was no valuable consideration ever given by any of the Defendant class any position allegedly held on Title of the subject real property is hereby declared null and void on the face of any claim thereof, as of the date of this filing. Defendant class must relinquish any and/or all claims to subject property.

Whereas, Petitioner is not a citizen of the corporate State as in the UNITED STATES CORPORATION AMERICA, and in fact the Petitioner is a Private Civilian having now to take drastic measures to protect his rights and freedoms from the continued fraud as well as further damages have been suffered over the life and times of not just the Petitioner, additionally, also over the life and time of the decedent as well as the family beyond, an additional demand for damages is hereby ordered to the amount of One Million Five Hundred and Ten Thousand (1,510,000) to be paid in real US Dollars equivalent in either gold or silver coins as required by the Organic 1787 Constitution for the United States of America to be coined by the US Treasury. This sum has been arrived at by the time of this fraud effecting the life time of the Decedent of 84 years as well as the life time thus far of the Petitioner of 67 years totaling 151 years, charged as interest of the financial fraud of the fiat system requiring damages over the accumulative years. Further, Petitioner having an interest in healing the economy of this Republic United States as well as allegedly having the ability to arrange certain steps to be taken through the E.R.D.O. Estate, herein suggests the return of the US Dollar gold backed currency as thereby printed by the US Treasury NOT Federal Reserve Notes. The US Dollar to be backed by 70% redeemable gold value, this in an interest of reducing the national debt, which has been fraudulently created by the FED Ponzi scheme.

1   Whereas, Further deponent saith not. Petitioner now affix his signature and official seal

2   to all of the above WITH EXPLICIT RESERVATION OF ALL  PETITIONER/

3   PLAINTIFF'S UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO

4    ANY OF THOSE RIGHTS,

5   Rev. Sir Gregory L. Beck A.R.R.            Ecclesiastical Deed Poll

6   %1407 Dunswell A
    Hacienda Hts., California 9174

7   Phone 646-775-8379

8

9   Notice: Copy Furnished;

10  The International Common Law Court of Justice
    A Lawful Judicial Body Constituted under Common Law and The Law of
11  Nations Brussels

12

13  International Criminal Court
    Po Box 19519,2500 CM, The Hague,The Netherlands
14  otp.informationdesk@icc-cpi.int

15

16

17

18

19

20

21

22

23



January 08, 2018

*E X H I B I T*
*" A " /= 4 PAGES*

**The Estate of DOROTHY L FINE**
**1407 DUNSWELL AVE**
**HACIENDA HEIGHTS, CA 91745**

| | |
|---|---|
| Subject: | Condolence Letter |
| FHA Case #: | 197-3543480 |
| Borrower Name(s): | DOROTHY L FINE |
| Property Address: | 1407 DUNSWELL AVE |
| | HACIENDA HEIGHTS, CA 91745 |

The Estate of DOROTHY L FINE:

We would like to extend our condolences on the passing away of DOROTHY L FINE. Thank you for keeping us informed on the status of the property.  If you have not already done so, please forward a copy of the death certificate and proof of probate documents as soon as possible for our file.

As of the date of this letter, the amount required to payoff the loan balance in full by 02/07/2018 is $328,792.99. There will be no further advances made from the account. However, please be aware that Interest and Service Fees will continue to accrue until the mortgage is paid in full. Therefore, it is in the best interest of the estate to repay the loan as soon as possible. The taxes and homeowners insurance must be current and are the responsibility of the estate. We will need the executor/administrator of the estate to provide us with the estate tax identification number for IRS reporting purposes.

We may consider accepting a Deed-in-Lieu of foreclosure provided the property is free or can be freed of any liens or encumbrances other than the Home Equity Conversion Mortgage.  A Short Sale may also be considered which would allow the property to be sold for 95% of the current appraised value of the property. Letters detailing the required information on both of these options are enclosed.

An initial period of six (6) months from the borrower's date of the death is allowed for the repayment of the debt on the property. If additional time is needed, at the end of the initial period, an extension of time may be granted. Two extensions of ninety (90) days each may be requested, if a good faith effort is being made to sell the property.  We ask that you keep us informed of the progress of the sale of the property and request extensions as needed.

If you have any questions or concerns, please contact your HECM Housing Counselor at (877) 622-8525 extension 0, Monday through Friday, between 8:00 a.m. and 5:00 p.m. Central Standard Time.

**Any correspondence should be addressed to:**
**The Department of Housing and Urban Development**
**Attn: Danisha Hardeman**
**2401 NW 23rd Street, Suite 1A1**
**Oklahoma City, OK 73107**

Sincerely,

Danisha Hardeman
NOVAD

**NOVAD Management Consulting LLC as Contractor for The Department of Housing and Urban Development is a debt collector and is attempting to collect on a debt. Any information obtained shall be used for that purpose.**

Loan Skey: 333944

2401 NW 23rd Street, Suite 1A1, Oklahoma City, OK 73107
Phone (877) 622-8525 ~ Fax (800) 489-1733 ~ TTY/TDD (800) 855-2880



January 08. 2018

**The Estate of DOROTHY L FINE**
**1407  DUNSWELL AVE**
**HACIENDA HEIGHTS, CA 91745**

Subject.            Home Equity Conversion Mortgage (HECM) - Deed-in-Lieu of Foreclosure
FHA Case #:         197-3543480
Property Address:   1407  DUNSWELL AVE
                    HACIENDA HEIGHTS, CA 91745

Dear DOROTHY L FINE:

Please note that NOVAD Management Consulting LLC as a contractor for the U.S. Department of Housing and Urban Development (HUD), is currently servicing your Home Equity Conversion Mortgage (HECM) account.

Enclosed please find a list of items required by HUD to consider a request to accept a Deed-In-Lieu of foreclosure for the property listed above:

• Death Certificate (if applicable)
• Documentation the Estate has been probated (if applicable)
• Copy of the Power of Attorney (POA) papers (if applicable), and
• Written request for the Deed-in-Lieu of Foreclosure

The information requested above is also required for all co-borrowers that are responsible for the loan. Please return the requested information to the address below no later than thirty (30) days from the date of this letter in order to prevent the initiation of a foreclosure action:

**NOVAD Management Consulting LLC**
**Attn: First Mortgage Servicing Department**
**2401 NW 23rd Street, Suite 1A1**
**Oklahoma City, OK 73107**

Upon receipt of the above information, an attorney will be assigned to prepare the necessary documents, at which point you will be contacted. The property will need to be vacated and the keys surrendered on the day the Deed-in-Lieu is signed. A property inspection will be performed the following day in order to confirm vacancy before the Deed-in-Lieu is officially accepted.

If you would like to discuss this matter, please call the First Mortgage Servicing Department at (877) 622-8525, Monday through Friday, between 7:00 a.m. to 7:00 p.m. Central Standard Time.

Sincerely,

First Mortgage Servicing Department

**NOVAD Management Consulting LLC as Contractor for The Department of Housing and Urban Development is a debt collector and is attempting to collect on a debt. Any information obtained shall be used for that purpose.**

Loan Skey  333944



January 08, 2018

**The Estate of DOROTHY L FINE**
**1407 DUNSWELL AVE**
**HACIENDA HEIGHTS, CA 91745**

Subject:              Home Equity Conversion Mortgage (HECM) Short Sale
FHA Case #:           197-3543480
Property Address:     1407 DUNSWELL AVE
                      HACIENDA HEIGHTS, CA 91745

Dear DOROTHY L FINE:

Please note that NOVAD Management Consulting LLC as a contractor for the U.S. Department of Housing and Urban Development (HUD), is currently servicing your Home Equity Conversion Mortgage (HECM) account.

Please note that a Short Sale is a special provision of the HECM program that may allow the debt to be settled for less than what is currently owed, provided the property is being sold for the least 95% of its current appraised value. An appraisal will be ordered by our office to determine the current value of the property to accommodate a Short Sale, if your intent is to sell the property. Please contact the First Mortgage Servicing Department to advise if the property will be sold and to request an appraisal.

Below, please find a list of the items required by the Department of Housing and Urban Development (HUD) in order for a Short Sale offer to be reviewed for consideration.

1) A legible copy of the fully executed sales agreement which must include the following:

• Any/all addendums containing provisions upon which the sale is conditioned;
• A clearly defined purchase price and closing date;
• A statement that the buyer accepts the property in "as is" condition unless the sale is contingent upon certain repairs outlined therein;

2) An itemized list of sellers and buyers expenses, settlement statement or estimated HUD-1. If there is an existing lien on the property, please provide evidence of good faith attempts to satisfy the debt prior to your short sale.

3) The following information is required for all borrowers currently on record, if they have not previously been provided:

• Death Certificate (if applicable);
• Copy of Will and/or Probate Certificate naming either the estate executor or administrator (if applicable);
• Copy of Power-of-Attorney documents (if applicable);

NOVAD Management Consulting LLC as Contractor for The Department of Housing and Urban Development is a debt collector and is attempting to collect on a debt. Any information obtained shall be used for that purpose.

Loan Skey: 333944

2401 NW 23rd Street, Suite 1A1, Oklahoma City, OK 73107
Phone (877) 622-3525 ~ Fax (800) 489-1733 ~ TTY/TDD (800) 855-2880

Page 1 of 2



January 08, 2018

The information requested is required for all borrowers on the HECM Loan. The review of this information does not guarantee acceptance or approval. Upon receipt of all the required documents your request will be promptly reviewed and you or your authorized representative will be contacted once a decision is made.

If you would like to discuss this matter, please call the First Mortgage Servicing Department at (877) 622-8525, Monday through Friday, between 7:00 a.m. to 7:00 p.m. Central Standard Time.

If you prefer to respond in writing, please send all correspondence to the following address:

NOVAD Management Consulting LLC
Attn: First Mortgage Servicing Department
2401 NW 23rd Street, Suite 1A1
Oklahoma City, OK 73107

Sincerely,

First Mortgage Servicing Department

NOVAD Management Consulting LLC as Contractor for The Department of Housing and Urban Development is a debt collector and is attempting to collect on a debt. Any information obtained shall be used for that purpose.

Loan Skey. 333944

2401 NW 23rd Street, Suite 1A1, Oklahoma City, OK 73107
Phone (877) 622-8525 ~ Fax (800) 489-1733 ~ TTY/TDD (800) 855-2880

Page 2 of 2




This page is part of your document - DO NOT DISCARD



# 20171458965



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

12/15/17 AT 12:58PM

*EXHIBIT "B"*

| FEES: | 25.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |





LEADSHEET



201712153340059

00014661426



008790727

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED



E502868

RECORDING REQUESTED BY

**GREGORY LOUIS PECK**
Executor of the Estate of Dorothy L Fine

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO·

NAME          GREGORY LOUIS PECK
ADDRESS       1407 DUNSWELL AVENUE

CITY          HACIENDA HEIGHTS, CA 91745
STATE & ZIP

12/15/2017



\*20171458965\*

---

## GRANT DEED

---

TITLE ORDER NO.                    ESCROW NO                          APN NO. **8219-003-077**
THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is *$_____ *0-_____ -, CITY TAX $_____
☐ computed on full value of property conveyed, or ☐ computed on full value less value of liens or encumbrances remaining at time of sale,
☐ Unincorporated area. ☐ City of _____ and

\*THIS IS A BONAFIDE GIFT, THE GRANTORS RECEIVED NOTHING IN RETURN. R & T 11911

**THE PROPERTY OF: 1407 DUNSWELL AVENUE, HACIENDA HEIGHTS, CALIFORNIA 91745, IN THE NAME OF DOROTHY L FINE, A WIDOW**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, BY GREGORY LOUIS PECK, EXECUTOR OF THE ESTATE OF DOROTHY L FINE is hereby GRANTING to: GREGORY LOUIS PECK, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS THE SOLE SURVIVING SON, AS PER DEATH CERTIFICATE, STATE FILE NO. 3052017129807; the following described real property in the County of LOS ANGELES, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Commonly known as: 1407 Dunswell Ave , Hacienda Heights, CA 91745

Dated: December 4, 2017

_Gregory Louis Peck, Executor of the Estate of Dorothy L Fine_

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

---

State of California          )
                             )SS·
County of Los Angeles        )

On December 4, 2017 before me, Antonio Villanueva, Notary Public, personally appeared Gregory Louis Peck, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument

I Certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct

Witness my hand and Official Seal

Antonio Villanueva, Notary Public
State of California

ANTONIO VILLANUEVA
Commission # 2132544
Notary Public - California
Los Angeles County
My Comm. Expires Nov 30, 2019

DOCUMENT PROVIDED BY STEWART TITLE OF CALIFORNIA INC                          GRNTDEED DOC

**EXHIBIT "A"**

THAT PORTION OF LOT 12 TRACT NO. 15312, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 326 PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS

BEGINNING AT A POINT IN THE EASTERLY LINE OF SAID LOT, DISTANT THEREON SOUTH 15° 00' 30" WEST 170 13 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 18. THENCE NORTH 69° 37' 42" WEST 345 93 FEET, THENCE SOUTH 15° 00' 00" WEST 262 12 FEET, THENCE NORTH 69° 37' 42" WEST 187.39 FEET, THENCE NORTH 14° 59' 55" EAST 58 FEET, THENCE SOUTH 75° 00' 05" EAST 67 FEET, THENCE NORTH 14° 59' 55" EAST 85 FEET TO THE TRUE POINT OF BEGINNING, THENCE SOUTH 75° 00' 05" EAST TO THAT CERTAIN COURSE RECITED ABOVE AS SOUTH 15° 00' 00" WEST 262.13 FEET, THENCE THEREON NORTH 15° 00' 00" EAST TO THE NORTHERLY TERMINUS THEREOF, THENCE NORTH 69° 37' 42" WEST TO A LINE WHICH BEARS NORTH 14° 59' 55" EAST FROM THE TRUE POINT OF BEGINNING, THENCE THEREON SOUTH 14° 59' 55" WEST TO THE TRUE POINT OF BEGINNING.

SAID LAND IS SHOWN ON A LICENSED SURVEYOR'S MAP, FILED IN BOOK 62 PAGE 47 OF RECORD OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

DEC 15 2017

Dean C. Logan   REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



PAGES 1-32
Exhibit " C "
CIVIL CASE



