UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2021 GW (RAOx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | *Gregory L. Peck v. United Title (Trustee), et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Gregory L. Peck, *pro per* | None Present | |

**PROCEEDINGS:** STATUS CONFERENCE

Court confers with Plaintiff. The Court will allow the rejected Second Amended Complaint [37] to be deemed filed as of today's date. The status conference is continued to November 8, 2018 at 8:30 a.m. Plaintiff will have until noon on November 6, 2018 to file proofs of service.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | JG |