

Without Prejudice UCC 1-308
REV. S.L. Sir Colonel Gregory Louis Peck (A.R.R.)
M.`.M.`. 33º, Ninth (9th) MAGISTRATURE, Deputy
Sheriff of Common Law Court, Brussels; SPECIAL
PROSECUTOR, Senior International Investigator,
United Nations Committee 300 Arrest & Detention Order,
Common Law Peace Officer, High Priest, YHVH
Rule 16: § 1. (a) Court Has No Jurisdiction over my person
c/o 1407 Dunswell Ave. Hacienda Heights, California [91745]
Phone: 626-265-8327 or 949-429-9488

**FILED**
CLERK, U.S. DISTRICT COURT

DEC 3 - 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division, Los Angeles

Rev Colonel Gregory Louis Peck A.R.R. )
M.`.M.`. 33º 9TH Magistratuer )
**Special Proseeutor/Senior** )
**International Investigator** )
**Inspector General of the Order** )
　　　　　　　　　Petitioner/Plaintiff, )
　　　　vs. )
**United Title (Trustee)** )
**Seattle Mortgage Company (Bank)** )
**(Beneficiary)** )
**600 University St, Ste 1850, Seattle,** )
**WA 98101** )
　 )
**NOVAD, Danisha Hardeman** )
**2401 NW 23rd St. Suite 1A1,** )
**Oklahoma City, OK 73107** )
　 )
**HUD, Department of Housing and** )
**Urban Development Field Office** )
**FHA Case #197-3543480** )
**(Beneficiary) Dir. Ray Brewer** )
**300 North Los Angeles St., Suite 4054** )
**Los Angeles, CA 90012 (213)-894-8000** )
　 )
**50000 John and/or Jane Doe(s)(any to be** )
**added)** )
　　　　　　　　**Defendant/Respondent** )

Civil Case # <u>CV-02021-GW-RAO</u> x

**PETITIONER/PLAINTIFF/
CIVILIAN/PROSECUTOR'S/
EX-PARTEE PETITION FOR AN ORDER
RESTRAINING FORECLOSURE
PROCEEDINGS AGAINST REAL
PROPERTY [C.C.P. SECTION 526]
PETITION ENDING THE FRAUD,
OF THE Foreign Corporation
UNITED STATES OF AMERICA Inc.
Et-Al Foreign Corporate States Inc.,**

**PETITION for EMERGENCY
RESTRAINING ORDER, AGAINST
THE FRAUDULENT &
UNCONSTITUTIONAL HUD
(DEPARTMENT OF HOUSING AND
URBIN DEVELOPMENT)
CRIMINAL FORCLOUSER SALE**

<span style="color:red">**Jury Trial Required, Curcit Rider
Overview Required**</span>

[Summary of pleading] - 1

**Notice:** In the interest of Justice Pursuant to 1787 US Constitution Mandate of Human Rights, as well as Constitutional Common Law as Law of the land, we are hereby revoking by said COMMON LAW, Et-al Estoppels, et-al De-facto Equity, and Corporate, Commercial, Admiralty, Maritime, Statutory de-facto Court Rules Policies must be Waved by Order of the Petitioner/Plaintiff by Endowed Right as established within the Declaration of Independence, (See Signed Declaration of Independence as attached)-(See Causes /Definitions/of Laws)

### PETITIONER/PLAINTIFF/PROSECUTOR'S PITITION TO STOP AS WELL AS END THE CONTINUED FRAUD AGAINST WE THE PEOPLE

**TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES OF INTEREST:**

**NOW COMES PETITIONER/PLAINTIFF/ PROSECUTOR, Reverend, Colonel Gregory Louis, Peck as the Administrator of the Dorothy L. Fine Estate, with all my Endowed Rights Reserved (referenced by the Declaration of Independence), not having surrendered any Endowed Rights over to any Foreign Corporate State et-al, now stands (herein after "Plaintiffs") and hereby move this Constitutional Common Law Court to enforce the Supreme Court ruling as ruled in the 1993 Farmers Union vs. Federal Land Bank and the Farmers Credit System. Case No. 92-C-1781, wherein, the U.S. Supreme Court ruled on charges by the Farmers' Union that banks in the U.S. were fraudulently foreclosing on farm mortgages and that the U.S. government was in collusion with these fraudulent banks. The testimony and proof brought into court by a retired CIA agent led to further evidence and proof that the Farmers' Union claims were legitimate. It also led to evidence the income tax amendment was never properly ratified by the required number of states and therefore, income taxes were unlawful.**

///

Whereas almost unanimously the U.S. Supreme Court Justices ruled in favor of the Farmers' Union. The Justices recognized that overwhelming evidence proved the U.S. government, and the Federal Reserve Banking system were perpetrating fraud in many ways upon Americans.

Whereas the Justices recognized that to remedy this situation, massive reformations would be required. When rulings are made by the U.S. Supreme Court, one or more Justices are assigned to monitor a process by which the rulings are carried out. In this case, five Justices were assigned to a committee to develop steps to implement required government and banking reformations. As the Justices went about developing the required reformations they enlisted the help of experts in economics, monetary systems, banking, Constitutional government and law, and many other related areas. The Justices built coalitions of support and assistance with thousands of people worldwide; these thousands of people working to bring us NESARA as signed into Law on or about October 10, 2000.

Whereas NESARA is and/or has been the Law as signed into law October 10, 2000, the court must uphold the rule of law as written. Failure to uphold NESARA as written within this Law is an act of treason against the only true original Constitution for the united States of America 1787.

Whereas failure to restrain the unconstitutional actions of the unconstitutional fraudulent Department of Housing and Urban Development i.e. HUD will enjoin all

parties of this court to include the clerk of court as an accomplice in this illegal action before during as well as after the fact. Additionally giving aid and comfort to the enemy foreign fraudulent corporate Federal, State, County, City, alleged governance.

Whereas having the authority as well as the responsibility to stop any lawless and/or unconstitutional criminal action, any failure to restrain or intervene against this fraud and uphold the NESARA as the law of the land would at the very least a dereliction of duty. Even acting to resign from the case or trying to say dismiss this case would still be allowing the fraud to continue before during and after the fact.

Whereas NESARA IS THE LAW OF THE LAND, this court et-al must uphold the law as written. It also must be noted that the court cannot claim ignorance of NESARA as it is the obligation of the court to be fully knowledgeable of the Law. Whether or not any law has been announced or is within the general public knowledge is irrelevant as once signed into Law thereby the Act becomes the Law. As is the maximum of Law, ignorance of the Law is not an excuse.

Whereas the Supreme Court Washington D.C.: ordering NESARA to be announced to the public soon after being signed into Law October 10, 2000. The National Economic Security and Reformation Act (NESARA) being signed into law Oct 10 2000 thereby NESARA has existed as the Law of the land these past 21 years. As of Oct. 10, 2000, at that point NESARA, as with any legislation so acted upon, became a "law of the land," as of October 10, 2000, but wait a minute! No one wanted to enforce it. Why? No one

wanted to enforce NESARA because this law required the physical and permanent removal from their government positions of all those, who were treasonous. Those, who had deliberately acted outside the 1787 Constitution of this American Republic, and/or had committed treason against this Republic. Those who were treasonous included the United States President and Vice President, the presidential cabinet, all members of Congress, various government departmental heads, all fifty governors of the fifty corporate city, county, states, municipalities, etc., as well as et-al courts who were compliant in aiding and abetting these acts of treason and/or of lawlessness against the 1787 Constitutional Republic and others. The following is to offer a history of the NESARA creation as to inform any party of interest the facts as to the best these facts are known.

NESARA was signed into law by then President William Jefferson Clinton October 10, 2000. NESARA was to be announced however, as stated above this has been keep out of the people's knowledge far too long. NESARA was to Restore our original Constitution including the original 13th Amendment.

In early 1993, the U.S. Supreme Court ruled on charges by the Farmers' Union that banks in the U.S. were fraudulently foreclosing on farm mortgages and that the U.S. government was in collusion with these banks. The testimony and proof brought into court by a retired CIA agent led to further evidence and proof that the Farmers' Union claims were legitimate. It also led to evidence the income tax amendment was never properly ratified by the required number of states and therefore, income taxes were unlawful.

Almost unanimously the U.S. Supreme Court Justices ruled in favor of the Farmers' Union. The Justices recognized that overwhelming evidence proved the U.S. government, and the Federal Reserve Banking system were perpetrating fraud in many ways upon Americans. The Justices recognized that to remedy this situation, massive reformations would be required. When rulings are made by the U.S. Supreme Court, one or more Justices are assigned to monitor a process by which the rulings are carried out.

In this case, five Justices were assigned to a committee to develop steps to implement required government and banking reformations. As the Justices went about developing the required reformations they enlisted the help of experts in economics, monetary

systems, banking, Constitutional government and law, and many other related areas. The Justices built coalitions of support and assistance with thousands of people worldwide; these thousands of people working to bring us what we now know as NESARA. The committee as well as all the people were fighting to bring Americans and the world the benefits of NESARA and to rescue our people from government, banking, and taxing fraud.

Because of the enormously sweeping changes the rulings require, an extremely strict gag order was placed on everyone directly involved and the court case records are sealed until after the reformations are accomplished. To maintain secrecy, the case details for the docket number assigned to the Farmers' Union case were changed so doing a search for this case will fail to reflect the correct information until after the reformations are made public. At every step of the process, anyone directly involved has been required to sign an agreement to keep the U.S. Supreme Court's process of implementing the required reformations "secret", or face charges of Treason which are punishable by death.

To implement the required reformations, the five Justices spent years negotiating how the reformations would occur in agreements called "Accords" with the corporate U.S. government, with the Federal Reserve Bank owners, with the International Monetary Fund, with the World Bank, and with numerous other countries including the United Kingdom and countries of the Euro Zone. The U.S. banking system reformations require the Federal Reserve Bank system be absorbed by the U.S. Treasury Department and the banks' fraudulent activities stopped as well as remedies to U.S. citizens for past harm due to fraud. The U.S. banking reformations will impact the entire world and therefore the IMF, World Bank, and other countries had to be involved. This is also what lead to the system known as the GESARA, which will be another topic of conversation at another time.

Because the process of using Accords to implement the reformations did not work, the Justices authorized the reformations be put into the form of a law named the National Economic Security And Reformation Act (NESARA) which was passed secretly in through the congress in March 2000. Again, secrecy was maintained by revising the official records; details of the bill number for NESARA were revised to reflect a commemorative coin and revised again more recently. Members of Congress have been ordered by the U.S. Supreme Court Justices to "deny" the existence of NESARA or face charges of Treason punishable by death; some members of Congress have been charged with "obstruction" and threatened with Treason charges. Therefore, all members of Congress pretend that NESARA has not been passed in order to comply with the Justices' gag order. As NESARA has since been signed into Law there is no gag order or restriction against the American civilian/free man citizen from knowing the truth of this fraud and/or coverup.

 NESARA provides major financial benefits to American citizens including: 1) end of income taxes; 2) forgiveness of credit card and mortgage debt as remedy for bank frauds; 3) U.S. Treasury Bank system which absorbs the Federal Reserve and new

precious metals backed U.S. Treasury currency; 4) restoration of Constitutional Law, and much more. Many bank presidents and senior stockbrokers have privately confirmed to close personal friends that they have been briefed about the U.S. Treasury bank system.

In June 2000, news of the secret NESARA law passage came from U.S. naval intelligence contacts, some of the White Hats who had assisted the Justices in activities involving NESARA. Many powerful groups have tried to stop the announcement and implementation of the NESARA law which provides major financial improvements for Americans. After 18 months of clearing interference, the Justices had the then Congress pass resolutions "approving" NESARA on September 9, 2000. NESARA was to be announced in the following few days but steps were implemented by groups opposing NESARA and arranged for the attacks to occur to keep NESARA from being announced. Since then, we have had months and yes years of unseen battles as the Justices and others deal with problems on many fronts almost constantly.

Whereas the passing of NESARA and having been signed into Law. NESARA law needs to be exposed when we are out in public because people will probably ask us questions about NESARA. It has been suggested that everyone reading this Report sit down and add up how much money in the LAST 20 years each person has paid out for the following: 1) income tax; 2) credit card payments; 3) mortgage payments, 4) property taxes, etc.

ALL the money you paid for these things in the last 20 plus years would NOT have been necessary if we had had been told the truth about NESARA law having been announced. In addition, we in the prosperity programs would have had our funds for a year and could have saved lives of people needing medical care, could have done TREMENDOUS improvements worldwide and the new prosperity programs would be paying every US citizen/natural person by now. THESE are the benefits of NESARA that WE SHOULD HAVE already had! We need to demand our NESARA benefits before we live another day being defrauded by this fraudulent government, and fraudulent banking system. This is about the lives of every American and needs to be claimed by and for each man woman and child before we live another 12 hours of our lives!

The National / Global Economic Security And Reformation Act

NESARA is the most ground breaking reformation to sweep not only the United States of America but what of the rest of this whole planet as well as the people of this world? Then there is GESARA, (thus GESARA) in its entire history. The act does away with the Federal Reserve Bank, the IRS, the shadow government, and much more. NESARA implements the following changes:

- Zeros out all credit card, mortgage, and other bank debt due to illegal banking and government activities. This is the Federal Reserve's worst nightmare, a "jubilee" or a forgiveness of debt.

- Abolishes the income tax.
- Abolishes the IRS. Employees of the IRS will be transferred into the US Treasury national sales tax area.
- Creates a 14% flat rate non-essential new items only sales tax revenue for the government. In other words, food and medicine will not be taxed; nor will used items such as old homes.
- Increases benefits to senior citizens.
- Returns Constitutional Law to all courts and legal matters.
- Reinstates the original Title of Nobility amendment.
- Establishes new Presidential and Congressional elections within 120 days after NESARA's announcement. The interim government will cancel all National Emergencies and return us back to constitutional law.
- Monitors elections and prevents illegal election activities of special interest groups.
- Creates a new U.S. Treasury rainbow currency backed by gold, silver, and platinum precious metals, ending the bankruptcy of the United States initiated by Franklin Roosevelt in 1933.
- Forbids the sale of American birth certificate records as chattel property bonds by the US Department of Transportation.
- Initiates new U.S. Treasury Bank System in alignment with Constitutional Law
- Eliminates the Federal Reserve System. During the transition period the Federal Reserve will be allowed to operate side by side of the U.S. treasury for one year in order to remove all Federal Reserve notes from the money supply.
- Restores financial privacy.
- Retrains all judges and attorneys in Constitutional Law.
- Ceases all aggressive, U.S. government military actions worldwide.
- Establishes peace throughout the world.
- Releases enormous sums of money for humanitarian purposes.
- Enables the release of over 6,000 patents of suppressed technologies that are being withheld from the public under the guise of national security, including free energy devices, antigravity, and sonic healing machines.

## ADDITIONAL HISTORY LEADING UP TO NESARA, The National Economic Security And Reformation Act

Compiled by Nancy Detweiler, M.Ed., M.Div. (emphases added)

NOTE: Writing a history of NESARA requires locating the separate dots and attempting to put them together to create truth. The original documents were at the time sequestered, and those individuals directly involved at the time are for the most part gone. As NESARA is now the Law of the Land there is no strict gag order however, there is the lie of omission which has kept We the American

People ignorant of NESARA all these many years. Having used as my foundation a history written by James Rink. My research set out to prove NESARA by locating original documents and articles written by reputable people that illustrated each of the tenets. I have inserted some of these URLs for these tenets into Rink's history. In my 7+ years of research, I have found nothing to disprove the existence of the NESARA LAW. The internet is loaded with disinformation that can be easily dismissed by research.

Now that information regarding the government/military cover-up of the extraterrestrial presence is in the public domain, we can see parallels of the facets regarding NESARA that many have used to discredit it. Some of these are: deliberate cover-up of information, government/military gag orders, the suspicious death of persons who attempted to tell the truth, control of the media, and the ruining of individual lives and professions.

IT'S encourage all to do your own research and add to the pool of documented evidence on the truth of NESARA.

Now is the perfect time for NESARA to be released to the world!

1892 – Bankers adopted their Bankers' Manifesto of 1892 in which it was declared: "We [the bankers] must proceed with caution and guard every move made, for the lower order of people are already showing signs of restless commotion. Prudence will therefore show a policy of apparently yielding to the popular will until our plans are so far consummated that we can declare our designs without fear of any organized resistance. The Farmers Alliance and Knights of Labor organizations in the United States should be carefully watched by our trusted men, and we must take immediate steps to control these organizations in our interest or disrupt them....

The courts must be called to our aid, debts must be collected, bonds and mortgages foreclosed as rapidly as possible.

When through the process of the law, the common people have lost their homes, they will be more tractable and easily governed through the influence of the strong arm of the government applied to a central power of imperial wealth under the control of the leading financiers. People without homes will not quarrel with their leaders."

**1907-1917** - In order to warn Americans, the 1892 Bankers' Manifesto was revealed by US Congressman Charles A. Lindbergh, Sr. from Minnesota before the US Congress sometime during his term of office between the years of 1907 and 1917.

**1910** - John E. DiNardo, professor of public policy and economics at the University of Michigan, writes in his article "The Federal Reserve Act": "On the

night of November 22, 1910, a small group of surrogates of the most powerful bankers of the World met … under the veil of utmost secrecy.

Over the next few weeks these men would perpetrate, under the orders of their masters, … perhaps the most colossal and devastating fraud ever inflicted upon the American People.

This ultra-secret fraud is known as the Federal Reserve Act of 1913…. The Federal Reserve Act of 1913 concocted legislation, to be foisted upon the People's Congress of the United States, that empowered and commissioned this secret cabal of World-dominant bankers to PRINT UNITED STATES CURRENCY, a usurpation of our Constitution's explicit edict empowering ONLY THE UNITED STATES GOVERNMENT to print and coin currency. This world banking empire used their stolen power to print, out of thin air, paper currency which, in no way represents the gold and silver reserves that authentic currency is supposed to represent."

**1913** – The Federal Reserve Act of 1913  Complete text of Act may seen at:  http://www.llsdc.org/attachments/files/105/FRA-LH-PL63-43.pdf

**1933 – 1934** – Prior to 1933, Federal Reserve Notes were backed by gold.  This changed with the new law:  Congressional Record, March 9, 1933, on HR 1491 p. 83. "Under the new law the money is issued to the banks in return for government obligations, bills of exchange, drafts, notes, trade acceptances, and bankers' acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. It will represent a mortgage on all the homes, and other property of all the people of the nation."

The Bankers' Manifesto ties in with the U.S. Senate Document No. 43, 73rd Congress, 1st Session (1934), which states: "The ultimate ownership of all property is in the State; individual so-called 'ownership' is only by virtue of Government, i.e., law, amounting to mere 'user' and use must be in acceptance with law and subordinate to the necessities of the State."

**1970s** - The Federal Land Bank illegally foreclosed on farmers mortgages all throughout the Midwest. In each of these cases the farmers were defrauded by the banks with the approval of the Federal Reserve System. These court cases would eventually become known as the Farmer Claims Program.

**1978** - An elderly ranch farmer in Colorado purchased a farm with loan from the Federal Land Bank.  After he died the property was passed on to his son Roy Schwasinger, Jr., who was a retired military general. Soon after a Federal Land Bank officer and Federal Marshall appeared on his property and informed him the bank was foreclosing on his farm, ordering him to vacate within 30 days. Without his knowledge, his deceased father had signed a stipulation which reverted the property back to the Federal Land Bank in the event of the borrower's death.

Outraged, Roy E. Schwasinger, Jr. filed a class action lawsuit in the Denver Federal Court system. The suit was dismissed on the basis of incorrect filing. This prompted Roy Schwasinger's investigation into the inner workings of the banking system.

**1982** – Roy Schwasinger was given a contract by the US senate and later Supreme Court to investigate banking fraud. But because he was under a strict non-disclosure order he was not allowed to tell the media what he discovered. In the late 80s he began sharing his knowledge with others including high ranking military personnel who helped him bring about a class action lawsuit against the federal government. The first series of these lawsuits began in the mid 1980's when William and Shirley Baskerville of Fort Collins, Colorado were involved in a bankruptcy case with First Interstate Bank of Fort Collins, who was trying to foreclose on their farm. At a restaurant their lawyer informed them that he would no longer be able to help them and walked-off. Overhearing the conversation Roy Schwasinger offered his advice on how to appeal the case in bankruptcy court. So, in 1987 they filed an appeal (Case No. 87-C-716) with the United States District Court in Colorado.

**1988** - On November 3, 1988, the Denver Federal Court system ruled that indeed the banks had defrauded the Baskervilles and proceeded to reverse its bankruptcy decision. But when the foreclosed property was not returned, they filed a new lawsuit. Eventually, 23 other farmers, ranchers, and Indians swindled by the banks in the same manner would join in the case.

In these cases, the banks were foreclosing on the properties using fraudulent methods such as charging exorbitant interest, illegal foreclosure, or by not crediting mortgage payments to their account as they should have but instead would steal the mortgage payments for themselves triggering foreclosure on the property. After running out of money they continued their fight without the help of lawyers. With some assistance by the Farmers Union a new lawsuit was filed against the Federal Land Bank and the Farmers Credit System. Case No. 92-C-1781

The District Court ruled in their favor and ordered the banks to return the stolen properties with help from either Federal Marshals or the National Guard. But when no payments were made, the farmers declared involuntary Chapter Seven Bankruptcy against the Federal Land Bank and the Farmers Credit System. The banks appealed their case insisting they were not a business but a federal agency therefore they were not liable to pay the damages.

So, the farmer's legal team adopted a new strategy. According to the Federal Land Bank's 1933 charter they are not allowed to make loans directly to applicants, but instead could only back loans as a guarantor in case of default. Because the Federal Land Bank had violated this rule the farmer's legal team was able to successfully sue the bank for damages. Word of the lawsuit began to

spread; the legal team would teach others how to fight foreclosure and to help them file lawsuits as well (Case No. 93-1308-M). Celebrities such as Willie Nelson joined in the cause and helped raise money during his "Farm Aid" concerts.

The Baskerville case had now become the Farmer Claims Class Action Lawsuit. Worried about the legal ramifications the government retaliated against the farmers by hitting them with either outrageous IRS fees, or by imprisoning the legal team under frivolous nonrelated charges. When the farmers realized they were being unfairly targeted, they had military generals such as General Roy Schwasinger sit in the courtroom to make sure the bribed judges would vote according to constitutional law.

The farmers now with a large team of knowledgeable people of the law behind them filed a new case to claim additional damages from the fraudulent loaning activities of the Farmers Credit System.

The government tried to settle but they had already lost many cases and were now losing, the appeals as well. More and more evidence was collected. According to the National Banking Act all banks are required to register their charters with the Federal and State Bureau of Records, but none of the banks complied, allowing the legal team to sue the Farmers Credit System. Not only was Farmers Credit System not chartered to do business with the American Banking Association, but so were other quasi government organizations such as the Federal Housing Administration, The Department of Housing and Urban Development, and even the Federal Reserve Bank.

The Farmers Claims lawsuit was thrown out of court at each level with the records purposely destroyed.  An example of these court cases may be viewed at:  http://openjurist.org/25/f3d/1055/baskerville-jb-v-federal-land-bank-na

**1990s -** In the early 1990's Roy Schwasinger brought the case before the United States Supreme Court. Some of the content of this case is sealed from public eyes but most of it can be viewed today.

The U.S. Supreme Court Justices ruled that the Farmers Union claims were indeed valid, therefore, all property foreclosed by the Farmers Credit System was illegal and all those who were foreclosed on would have to receive damages. In addition, they ruled that the U.S. federal government and banks had defrauded the farmers, and all U.S. citizens, out of vast sums of money and property. Furthermore, the court ruled the shocking truth that the IRS was a Puerto Rican Trust.  Read more at:  http://www.supremelaw.org/sls/31answers.htm

In addition the court ruled that the Federal Reserve was unlawful:  http://www.save-a-patriot.org/files/view/frcourt.html
http://www.globalresearch.ca/index.php?context=va&aid=10489
http://www.apfn.net/doc-100_bankruptcy27.htm

[**Summary of pleading**] - 12

That the income tax amendment was only ratified by four states and therefore was not a legal amendment, that the IRS code was not enacted into "Positive Law" within the Code of Federal Regulations. Positive Law = Laws that have been enacted by a properly instituted and recognized branch of the government. http://www.givemeliberty.org/features/taxes/notratified.htm

That the U.S. government illegally foreclosed on farmer's homes with help from federal agencies. Irrefutable proof was presented by a retired CIA agent. He provided testimony and records of the bank's illegal activities as further evidence that the Farmers' Union claims were indeed legitimate. The implications of such a decision were profound. All gold, silver, and property titles, taken by the Federal Reserve and IRS must be returned to the people.

The legal team sought assistance from a small group of benevolent visionaries, consisting of politicians, military generals, and business people who have been secretly working to restore the constitution since the mid 1950's. Somehow within their ranks, a four star U.S. army general received "title" and "receiver" of the original 1933 United States Bankruptcy. When the case was brought before the U.S. Supreme Court, they ruled in his favor, giving the Army General title over the United States, Inc. Legal action was then passed on to the Senate Finance Committee and Senator Sam Nunn, who was working with Roy Schwasinger.

**1991** - With the help of covert congressional and political pressure, President George H.W. Bush issued an Executive Order on Oct. 23, 1991, which provided a provision allowing anyone who has a claim against the federal government to receive payment as long as it's within the rules of the original format of the case. You may read Executive Order No. 12778 at the URL below. Executive Order No. 12778 Principles of Ethical Conduct for Government Officers and Employees; October 23, 1991
http://www.doh.state.fl.us/ig/ADR/Federal_Laws/FederalExecutiveOrder.pdf

According to the Federal Reserve Act of 1913, all present and succeeding debts against the U.S. Treasury must be assumed by the Federal Reserve. Thus, the famer's claims legal team was able to use that executive order to not only force the Federal Reserve to pay out damages in a gold backed currency but also allow them to receive legal ownership over the bankruptcy of United States, Inc. To collect damages the farmers legal team used an obscure attachment to the 14th amendment which most people are not aware of. After the civil war the government allowed citizens to claim a payment on anyone who suffered damages as a result of the Federal Government failing to protect its citizens from harm or damages by a foreign government. President Grant had this attachment sealed from public eyes but somehow, someone on the farmer's legal team got a hold of it.

If you read that carefully, it specifies damages by a foreign government. That foreign government is the corporate federal government which has been masquerading to the public as the constitutional government.
See http://www.freerepublic.com/focus/f-news/813840/posts for explanations.

Remember this goes back to the Organic Act of 1871 and the Trading with the Enemies Act of 1933, which defined all citizens as enemy combatants under the federal system known as the United States. The Justices and farmer's legal team recognized how evil and corrupt our federal government had become and to counteract this they added some provisions in the settlement to bring the government back under control.

a. First they would have to be paid using a lawful currency, backed by gold and silver as the constitution dictates. This would eliminate inflation and gyrating economic cycles created by the Federal Reserve System.  See Article 1, Section 10 of the US Constitution.

b. Second they would be required to go back to common law instead of admiralty law under the gold fringe flags. Under common law if there is no damage or harm done then there is no violation of the law. This would eliminate millions of laws which are used to control the masses and protect corrupt politicians.

c. Lastly the IRS would have to be dismantled and replaced with a national sales tax. This is the basis of the NESARA Law.

When the legal team finally settled on a figure, each individual would receive an average of $20 million dollars payout per claim. Multiplied by a total of 336,000 claims that were filed against the U.S. Federal Government, the total payout would come out to a staggering $6.6 trillion dollars.
The U.S. Supreme Court placed a gag order on the case, struck all information from the Federal Registry, and placed all records in the Supreme Court files. Up to that point Senator Sam Nunn had kept the Baskerville Case records within his office. A settlement was agreed to out of court and the decision was sealed by Janet Reno. Because the case was sealed, claimants are not allowed to share court documents to media outlets without violating the settlement, but they can still tell others about the lawsuit. This is why you probably have not heard about this.

**1991** - Roy Schwasinger went before a senate committee to present evidence of the banks and governments criminal activity. He informed them how the Corporation of the United States was tied to the establishment of a New World Order which would bring about a fascist one world government ruled by the international bankers.

**1992** - A task force was put together consisting of over 300 retired and 35 active US military officers who strongly supported constitutional law.* This task force was responsible for investigating governmental officials, congressional officers, judges, and the Federal Reserve.

*Chief of Naval Operations, Admiral Jeremy Boorda
*General David McCloud
*Former Director of Central Intelligence, William Colby

They uncovered the common practice of bribery and extortion committed by both senators and judges. The criminal activity was so rampant that only 2 out of 535 members of congress were deemed honest. But more importantly they carried out the first ever audit of the Federal Reserve.

The Federal Reserve was accustomed to giving orders to politicians and had no intentions of being audited. However after they were informed their offices would be raided under military gunpoint if necessary; they complied with the investigation. After reviewing their files the military officers found $800 trillion dollars sitting in accounts which should have been applied to the national debt. And contrary to federal government propaganda they also discovered that most nations had in fact owed money to the United States instead of the other way around.

These hidden trillions were then confiscated and placed into European bank accounts in order to generate the enormous funds needed to pay the farmers claims class action lawsuit.  Later this money would become the basis of the prosperity programs.

Despite these death blows President George H.W. Bush and the illuminati continued on with their plans of global enslavement.

**1992** - In August 1992 the military officers confronted President Bush and demanded he sign agreement that he would return the United States to constitutional law and ordered him to never use the term New World Order again. Bush pretended to cooperate but secretly planned to bring about the New World Order anyway by signing an Executive Order on December 25, 1992, that would have indefinitely closed all banks giving Bush an excuse to declare martial law. Under the chaos of martial law, Bush intended to install a new constitution which would have kept everyone currently in office in their same position for 25 years and it would have removed all rights to elect new officials. The military intervened and stopped Bush from signing that Executive order.

**1993** - In 1993 members of the Supreme Court, certain members of congress and representatives from the Clinton government meet with high-ranking US military officers who were demanding a return to constitutional law, reforms of the banking system, and financial redress. They agreed to create the farm claims process which would allow the legal team to set up meetings all over the country on a grass roots level to help others file claims and to educate them about the lawsuit. A claim of harm could be made on any loan issued by a financial institution for all interest paid; foreclosures; attorney and court fees; IRS taxes or liens; real estate and property taxes; mental and emotional stress caused by the loss of property; stress related illness such as suicide and divorce; and even warrants, incarceration, and probation could also be claimed.

**1994** - But the Clinton government undermined their efforts by requiring the farm claims to use a specific form designed by the government. This form imposed an administrative fee of $300 for each claim, which was later used in 1994 as a basis to arrest the leaders of the legal team including Roy Schwasinger. The government was so afraid of what they would say during their trial in Michigan that extra steps were taken to conceal the true nature of the case. County courthouse employees were not allowed to work between Monday and Thursday during the course of the trial. And outside the courthouse, FBI agents

swarmed the perimeter preventing the media and visitors from learning what was going on as well. Harassment and retaliation by the government increased, many were sent to prison or murdered while incarcerated. Despite being protected by his military personnel the army general who acquired the original 1933 Title of Bankruptcy of the United States; was imprisoned, killed, and replaced with a clone. This clone was then used as a decoy to prevent any further claims from being filed. (I am not qualified to speak on the fact of human clones; however, that they exist is a fairly widely accepted fact among those who study behind the scenes activities. You may read more at:

http://www.questacon.edu.au/indepth/cloning/arguments_against_cloning.html

Don't allow the thought of these criminals running the alleged government cause you to refuse to consider the veracity of this history. As truth emerges, we will be shocked at how much we will learn.

During the first Clinton administration the military delayed many of Clinton's federal appointments until they were sure these individuals would help restore constitutional law. One such individual who promised to bring about the necessary changes was Attorney General Janet Reno.

**1993** - In agreement with the Supreme Court ruling on June 3, 1993, Janet Reno ordered the Delta Force and Navy Seals to Switzerland, England, and Israel to recapture trillions of dollars of gold stolen by the Federal Reserve System from the strategic gold reserves. These nations cooperated with the raid because they were promised their debts owed to the United States would be canceled and because the people who stole the money from the United States also stole money from their nations as well. These bullion were to be used for the new currency backed by precious metals. It's now safely stockpiled at the Norad Complex at Colorado Springs, Colorado and four other repositories.

After 1993 the farmer claims process name was changed to Bank Claims. Between 1993 and 1996, the U.S. Supreme Court required U.S. citizens to file "Bank Claims" to collect damages paid by the U.S. Treasury Department. This process CLOSED in 1996. During this time the U.S. Supreme Court assigned one or more Justices to monitor the progress of the rulings. They enlisted help of experts in economics, monetary systems, banking, constitutional government and

law, and many other related areas. These justices-built coalitions of support and assistance with thousands of people worldwide.

The coalitions of support was to implement the required changes, the five Justices spent years negotiating how the reformations would occur. Eventually they settled on certain agreements, also known as Accords, with the U.S. government, the Federal Reserve Bank owners, the International Monetary Fund, the World Bank, and with numerous other countries including the United Kingdom and countries of the Euro Zone. Because these U.S. banking reformations will impact the entire world; the IMF, World Bank, and other countries had to be involved. The reformations require that the Federal Reserve be absorbed by the U.S. Treasury Department and the banks' fraudulent activities must be stopped and payment must be made for past harm.  Notice that not until President Trump was Federal Reserve be absorbed by the U.S. Treasury Department.

**1998** - The military generals who originally participated in the famer's claim process realized that the US Supreme Court justices had no intentions of implementing the Accords.  So they decided the only way to implement the reformations was through a law passed by congress.

**1999** - A 75 page document known as the National Economic Security and Reformation Act (NESARA) was submitted to congress where it sat with little action for almost a year.

**2000** - Late one evening on March 9, 2000, a written quorum call was made members of the US Senate and the US House who were sponsors and co-sponsors of NESARA. They were immediately escorted to their respective voting chambers where they passed the National Economic Security and Reformation Act. These members of congress were the only people lawfully allowed to hold office in accordance with the original 13th amendment. Remember British soldiers destroyed copies of the Titles of Nobility Amendment (TONA) in the war of 1812 because it prevented anyone who had ties to the crown of England from holding public office.

**October 10, 2000** - Because President Clinton signed NESARA into law on October 10, 2000. From its very inception Bush Sr., the corporate government, major bank houses, and the Carlyle group have opposed NESARA. To maintain secrecy, the case details and the docket number were sealed and revised within the official congressional registry, more to this however, it has been classified eyes only. Therefore, there are no public Congressional Records and why a search for this law will not yield the correct details until after the reformations are made public. If fear isn't enough to keep Washington in line, money is.  Routine bribes are offered to governmental/military officials by the power elite/secret government.

Not surprisingly, much disinformation about NESARA can be found on the internet. NESARA bill—National Economic Stabilization and Recovery Act was rejected by congress in the 1990s.  more may be learned at: http://www.simpleliberty.org/bookshelf/draining_the_swamp.htm

Many powerful groups have tried to prevent the implementation of NESARA. The NESARA law requires that at least once a year, an effort be made to announce the law to the public. Three then current US Supreme Court judges control the committee in charge of NESARA's announcement. These Judges have used their overall authority to secretly sabotage NESARA's announcement.

**2005** – Dr. Harvey F. Barnard died on May 18, 2005.

http://ssdi.rootsweb.ancestry.com/cgi-bin/newssdi?sn=Barnard&fn=Harvey&nt=exact

**2009** – Roy E. Schwasinger, Jr. died on 8/23/2009 at the age of 75.  Verification – Social Security Death Index at: http://ssdi.rootsweb.ancestry.com/cgi-bin/newssdi?sn=Schwasinger&fn=Roy&nt=exact

**2011** – The Debt Ceiling debacle kindled re-newed interest in NESARA.  As we watch the world economy collapse, we can know that the NESARA LAW remains in the background, ready to be announced.

---

**History as well as Definitions of "United States" and "UNITED STATES" and "United States of America" and "UNITED STATES OF AMERICA".**

---

Note the date and by what entity--- an "acting" Congress during the Civil War---this was done: 1864-- the "acting Congress" passed an Act changing the meaning of "state, States and United States" to mean "the territories and District of Columbia". (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864.

["US Territories"---- portions of the United States that are not within the limits of any state and have not been admitted as states. Includes all federal installations— military bases, docks, courthouses, etc.]

This was never changed, amended or appealed, so, all references to "state, States, and United States" in Federal Code that are not otherwise specifically defined, must be construed as "the territories and District of Columbia".

You must also make a distinction between the meaning of the words used prior to and then after the passage of this 1864 corporate law.

Prior to this, "state, States, and United States" meant what we commonly still believe them to mean--- after 1864 in "Federal Code"—they generally meant

something entirely different and opposed to the popular meaning.

Three Crucial Definitions, Plus a Fourth in Commerce:

"The term 'United States' may be used in any one of several senses. (1) It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. (2) It may designate the territory over which the sovereignty of the United States (that is, the territories and District of Columbia) extends, or (3) it may be the collective name of the states which are united by and under the Constitution." ---**Hooven and Allison Company v. Evatt, 324 US 652 (1945) (This is also the verbatim definition of "United States" given in Black's Law Dictionary, 6th Edition.)**

**Additionally.... we have definition (4) thanks to: The Legislative Act of February 21, 1871, Forty-first Congress, Session III, Chapter 62, page 419, Congress chartered a Federal Company entitled "United States," a/k/a "US Inc.," a "Commercial Agency" originally designated as "Washington, D.C.," in accordance with the 14th Amendment [which the record indicates was never ratified--- see Utah Supreme Court Cases, Dyett v Turner, (1968) 439 P2d 266, 267; State v Phillips, (1975) 540 P 2d 936; as well as Coleman v. Miller, 307 U.S. 448, 59 S. Ct. 972; 28 Tulane Law Review, 22; 11 South Carolina Law Quarterly 484.]**

Please note: that The Act of 1871 ---"An Act to provide a Government for the District of Columbia," ch. 62, 16 Stat. 419, February 21, 1871 --- was repealed in 1874 and then passed piecemeal via these actions---- "An Act Providing a Permanent Form of Government for the District of Columbia," ch. 180, sec. 1, 20 Stat. 102, June 11, 1878, to remain and continue as a municipal corporation (brought forward from the Act of 1871, as provided in the Act of March 2, 1877, amended and approved March 9, 1878, Revised Statutes of the United States Relating to the District of Columbia . . . 1873–'74 (in force as of December 1, 1873), sec. 2, p. 2); as amended by the Act of June 28, 1935, 49 Stat. 430, ch. 332, sec. 1 (Title 1, Section 102, District of Columbia Code (1940)) .

When looking at the intent of all this, given that the actual District of Columbia was set up in 1790 and fully chartered by 1801, the aim of the Act of 1871 is, as it must be, merely to set up "U.S. Corp"---

"That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby, created into a government by the name of the 'District of Columbia', by which name it is hereby constituted a body corporate for municipal purposes ... and exercise all other powers of a municipal corporation." – Act of 1871 verbiage---

So the Act of 1871 was to create a private corporation owned by the actual government of the District of Columbia--- thus the birth of the infamous District of Columbia Municipal Corporation:

The only "government" created by the Act of 1871 was that of any private corporation which determines its own administrative rules and structures.......that is, the US Corp dba "UNITED STATES" is not merely the name of an incorporated municipality (District of Columbia)--- it is the name of a private corporation (District of Columbia Municipal Corporation) that was created by the "acting Congress" via the Act of 1877 and as amended ever since.

Few Americans realize that there are all these definitions for the "United States." Most have been misled to believe that the term "United States" has a single meaning and is a generic term referring to the country as a whole--**However, in Title 28 3002 (15) (A) (B) (C), it stated unequivocally that the UNITED STATES is also the name of a corporation, as just demonstrated from the public records.**

---

Does the UNITED STATES – the private corporation operating the government of "the Territories and District of Columbia" have "citizens"?
**1873:** U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States ('United States' meaning 'territories and District of Columbia') is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." (That is a "citizen of the United States" is a "statutory citizen"—created by legislative action.)

**1875** - This definition of "United States" as a Corporation has its own citizens (see United States v. Cruikshank, 92 U.S. 542) who are generally referred to as United States citizens

**1953** - Kitchens v. Steele, 112 F.Supp 383 "A citizen of the United States is a citizen of the federal government…"

**1967 - Also Congressional Record , June 13, 1967, pp. 15641-15646): A "citizen of the United States" is a civilly dead entity operating as a cotrustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4. [This neatly explains once and for all what a "citizen of the United States" is in federal parlance, as opposed to popular speech, and underlines the need for Americans to forthrightly expatriate from any such "citizenship" and instead declare their allegiance to the land of their nativity, for example, California or Nevada or Ohio.]**

---

**Can a corporation be a citizen?**

**Diversity of citizenship exists when opposing parties in a lawsuit are citizens of different states or a citizen of a foreign country. If the party is a corporation, it is a citizen of the state where it is incorporated or is doing business. If diversity of citizenship exists, it places the case under federal court jurisdiction pursuant to Article III, section 2 of the U.S. Constitution.**

---

The same duplicitous wordsmithing was done with the words "United States of America"—

From A Law Dictionary, Adapted to the Constitution and Laws of the United States. By John Bouvier, published 1856:

UNITED STATES OF AMERICA. (First meaning given): "(1) The name of this country. [That is, the actual land mass.] The United States, now thirty-one in number, are Alabama, Arkansas, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Vermont, Virginia, Wisconsin, and California."

(Fifth meaning): "(5)—The United States of America are a corporation endowed with the capacity to sue and be sued, to convey and receive property, 1 Marsh, Dec. 177, 181, but it is proper to observe that no suit can be brought against the United States without authority of law."

---

**So, what does all this tell us? So far as the federal government is concerned the phrase "United States" has meant "the territories and District of Columbia" since 1864, and the "United States Corporation" has been the "government" of the "territories and District of Columbia" since 1877. A similar thing was done with the phrase "United States of America" in which it was used as the name of this country, but then also used to name a corporation--- the "United States of America, Inc."**

**It is these two privately owned and operated corporations which have been bankrupted consecutively--- "the United States of America, Inc." in 1933 and the UNITED STATES entered into insolvency as of March 2015. When it is announced that the "UNITED STATES" is insolvent, what does that mean? It means that the corporation operating "as" the government of the "territories and District of Columbia" is insolvent and subject to liquidation of its assets.**

**And who --- or what --- is on the hook to pay for all this? All the "citizens of the UNITED STATES" which this corporation created out of thin air to benefit itself and which it has operated under your names---- JOHN MARK DOE and MABEL HELEN RHODES and JEAN MARIE FITZPATRICK.... as "a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4."**

**Here you can clearly see that both the USA, Inc. and the US, Inc. are acting in collusion to bilk and indebt the unsuspecting American People by mischaracterizing them and their political status. What has been done here is**

nothing less than "slavery by proxy". A corporate franchise has been named after you, and then, you have been coerced and deceived into accepting the debts of that franchise via a "similar names" deceit.

Prior to 1933 a Foreign Situs Trust created by the USA, Inc. was named after a living man called "John Frederick Doe" and this Foreign Situs Trust was then also gratuitously named as a Surety for the bankrupt USA, Inc's debts. The actual man named "John Frederick Doe" was then pursued and forced to pay the debts owed in fact by this corporation. In 1999 that bankruptcy settled and the American People paid off every penny of it. In approximately 1944 the US. Inc., named a Cestui Que Vie Trust after the living man called (as in each person's name) for example "GREGORY LOUIS PECK" (all cap name) thereby, this and et-al estate(s) trust wasare named as the Surety for the US Inc.'s debts. The actual man named John Q Public i.e. John Frederick Doe was then pursued and forced to pay the debts owed by this corporate franchise, too.

This past year, 2015, President Obama acting as the CEO in charge of THE UNITED STATES OF AMERICA, INC. (the USA, Inc's latest rendition organized under the laws of the United Nations City-State) announced the creation of a new franchise named after "John Frederick Doe"--- a franchise of a bankrupt Puerto Rican Electric Utility named "JOHN F. DOE" operated under the laws of Puerto Rico.

Meanwhile the living American who is the Holder in Due Course of the given name "John Frederick Doe" and who is in fact the owner and executor of his name and all derivatives thereof associated with him, is being subjected to false charges and racketeering on a scale unique in world history.

So...... What to DO about it?

In order to answer that, you need a few more definitions and research.

What is NATIONALITY? --"That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. According to Savigny, 'nationality' is also used as opposed to 'territoriality,' for the purpose of distinguishing the case of a nation having no national territory." --The Law Dictionary.

Please note that nationality can be applied according to the country—the land--- where you are born, whereas citizenship is a legal status adopted when you are registered with the government in some country. Nationality can also be an inheritance from one's parents as when a child is born to Americans living overseas, but one only becomes a citizen of a country via the adoption of a political status. You can't change your nationality, but you can change your citizenship, i.e., political status.

Every American--except first generation immigrants-- was born on the land of one of the American states or born to parents or grandparents who were, and so by (1) birthright or by (2) inheritance, every American is naturally an American State National, and not a "citizen of the United States".

You are a native of Florida or Wisconsin or Texas....and your proper nationality is as a Floridian, Wisconsinite or Texan..... and so on, and during your lifetime you do not "belong to" the organic state being referenced, instead, the state—the land---belongs to you.

**But then, a dirty trick was played on your Mother at the hospital.** People she trusted came to her and told her that it was the "law" that she has to sign certain papers. Unknown to her, those papers register her baby as a "citizen of the United States"---- and we already know what that means. The baby is "seized upon" as a surety backing the debts of the USA, Inc. and the US, Inc. and via the illicit copyrighting of his given name, the baby is identified as chattel property belonging to these private mostly foreign owned corporations.

However, fraud vitiates everything. It destroys all contracts and presumptions. It taints everything it touches. All Americans subjected to this undisclosed process have been defrauded and mischaracterized and deprived of their lawful status. There is no statute of limitations on the crime of fraud and it is recognized as crime in all venues and jurisdictions of law, national and international and global.

**Okay, so.... Sorting the Poop from the Shinola....** Section 101(a)(22) of the Immigration and Nationality Act (INA) states that "the term 'national of the United States' means (A) a citizen of the United States (read that, 'territories and the District of Columbia'), or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States (again, 'territories and the District of Columbia')." Therefore, U.S. citizens are also U.S. nationals. Non-citizen nationality status refers only to individuals who were born either in American Samoa or on Swains Island to parents who are not citizens of the United States.

This is all talking about "citizens of the United States" that is, **"citizens of the federal government corporation".**
INA § 349 states that a citizen, whether a U.S. citizen by birth or naturalization [JOHN FREDERICK DOE is a U.S. citizen by process of "naturalization"] shall lose his nationality by voluntarily performing certain acts with the intention of relinquishing United States nationality. The fact of intention is critical; it is not the mere performance of the actions mentioned in § 349.

Seven types of conduct are currently listed in the INA as expatriative. The potentially expatriating acts are: (1) applying for and obtaining naturalization in a foreign country, provided the person is at least 18 years old; **(2) making an oath of allegiance to a foreign country, provided the person is at least 18 years old;** (3) serving in the military of a foreign country as a commissioned or noncommissioned officer or when the foreign state is engaged in hostilities against the United States;

(4) serving in a foreign government position that requires an oath of allegiance to or the nationality of that foreign country, provided the person is at least 18 years old; (5) making a formal renunciation of U.S. citizenship to a consular officer outside of the United States; (6) making a formal renunciation of citizenship while in the United States and during time that the United States is involved in a war; and (7) conviction for treason or attempting by force to overthrow the U.S. government [that is, corporation], including conspiracy convictions.

-------------------------------------------------------------------------------------------------

Now, finally, consider this supremely important information regarding the separate and "foreign" status of the United States defined as "territories and District of

Columbia" (1864) with regard to the actual several states forming the United States (definition (3) from the Hooven case) ----nailed down by "The Informer": A key authority on this question (is the federal "United States" a foreign entity with respect to the states of the United States?) is the case of Hanley v. Donoghue, in which the U.S. Supreme Court defined separate bodies of State law as being legally "foreign" with respect to each other:

"No court is to be charged with the knowledge of foreign laws; but they are well understood to be facts which must, like other facts, be proved before they can be received in a court of justice. [cites omitted] It is equally well settled that the several states of the Union are to be considered as in this respect foreign to each other, and that the courts of one state are not presumed to know, and therefore not bound to take judicial notice of, the laws of another state." [Hanley v. Donoghue, 116 U.S. 1, 29 L. Ed. 535] [6 S.Ct. 242, 244 (1885)]

Another key U.S. Supreme Court authority on this question is the case of In re Merriam's Estate, 36 N.E. 505 (1894). The authors of Corpus Juris Secundum ("CJS"), a legal encyclopedia, relied in part upon this case to arrive at the following conclusion about the "foreign" corporate status of the federal government:

"The United States government is a foreign corporation with respect to a state." [citing In re Merriam's Estate, 36 N.E. 505, 141 N.Y. 479, affirmed U.S. v. Perkins, 16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed 287] [19 C.J.S. 883]

Before you get the idea that this meaning of "foreign" is now totally antiquated, consider the current edition of Black's Law Dictionary, Sixth Edition, which defines "foreign state" very clearly, as follows:

"The several United States*** are considered 'foreign' to each other except as regards their relations as common members of the Union. ... The term 'foreign nations,' as used in a statement of the rule that the laws of foreign nations should be proved in a certain manner, should be construed to mean all nations and states other than that in which the action is brought; and hence one state of the Union is foreign to another, in the sense of that rule."

And a recent federal statute proves that Congress still refers to the 50 States as "countries". When a State court in Alaska needed a federal judge to handle a case overload, Congress amended Title 28 to make that possible. In its reference to the

50 States, the statute is titled the "Assignment of Judges to courts of the freely associated compact states". Then, Congress refers to these freely associated

compact states as "countries":
(b) The Congress consents to the acceptance and retention by any judge so authorized of reimbursement from the countries referred to in subsection (a) .... [!!!] [28 U.S.C. 297, 11/19/88]" -- End quote.

**So here is the Big Picture......**

The government of the "United States" (read that as: "the territories and District of Columbia" per the 1864 redefinition) is a corporation also called the "UNITED STATES" or "U.S. Corp" or "US, Inc." set up by the Act of 1877.

That corporation doing business as the US, Inc., and a similar corporation operating as the USA, Inc., have been creating "citizens" for themselves out of thin air, defined as corporate "persons" of various kinds, named after living Americans. All of these foreign corporate franchises named after you are "citizens of the United States" --- meaning (4), "citizens of the United States" or as Kitchens v. Steele put it, "citizens of the federal government" [i.e., corporation].

Currently, the US, Inc. version is doing business as a Cestui Que Vie Estate Trust under the name "JOHN FREDERICK DOE" or whatever your "FIRST MIDDLE LAST" name may be, operated out of Puerto Rico

The USA, Inc. version is doing business as a franchise of a bankrupt Puerto Rican Electric Utility under the name "JOHN F. DOE" or whatever your "FIRST MIDDLE INITIAL LAST" name may be. Again, Puerto Rico, a Commonwealth Protectorate of the United States is operating as a semi-autonomous Home Base for all this crime against Americans.

## IN CONCLUSION

**Whereas the actions of HUD and others are in fact unconstitutional acts and are in fact against standing law NESARA this court must permanently restrain and/or restrict the fraudulent foreclosure of the property known as 1407 Dunswell Ave. Hacienda Heights California [91745] as well as to permanently restrain and/or restrict et-al fraudulent foreclosures within the jurisdiction of this court until further notice.**

**Further this court must issue a EMERGENCY RESTRAINING ORDER as this**

**Criminal Act is set to be followed through with on December 07, 2021.**

Ali that certain real property situated in the County of Los Angeles, State of California, described as follows: THAT PORTION OF LOT 18, TRACT NO. 15312, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 326 PAGES 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, | DESCRIBED AS FOLLOWS: BEGINNING AT A POINT IN THE EASTERLY LINE OF SAID LOT, DISTANT THEREON SOUTH 15° 00' 30" WEST 170.13 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 18, THENCE NORTH 69° 37' 42" WEST 345.93 FEET, THENCE SOUTH 15° 00' G0" WEST 262.13 FEET, THENCE NORTH 69° 37' 42" WEST 187.39 FEET, | THENCE NORTH 14° 59' 55" EAST 58 FEET, THENCE SOUTH 75° 00' 05" EAST 67 FEET, THENCE NORTH 14° 59' 55" EAST 85 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 75° 00' 05" EAST TO THAT CERTAIN COURSE / RECITED ABOVE AS SOUTH 15° 00' 00" WEST 262.13 FEET, THENCE THEREON / NORTH 15° 00' 00" EAST TO THE NORTHERLY TERMINUS THEREOF, THENCE | NORTH 69° 37' 42" WEST TO A LINE WHICH BEARS NORTH 14° 59' S5" EAST FROM | THE TRUE POINT OF BEGINNING; THENCE THEREON SOUTH 14° 59' 55" WEST TO | THE TRUE POINT OF BEGINNING. SAID LAND IS SHOWN ON A LICENSED SURVEYOR'S MAP, FILED IN BOOK 62 PAGE 47 OF RECORD OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**Whereas, Further deponent saith not. Petitioner/Plaintiff now affix his signature and**

**official seal to all of the above WITH EXPLICIT RESERVATION OF ALL**

**PLAINTIFF'S UNALIENABLE ENDOWED RIGHTS, WITHOUT PREJUDICE TO**

**ANY OF THOSE RIGHTS,**



**Rev. Sir Gregory L. Peck A.R.R**          **Ecclesiastical Deed Poll**
%1407 Dunswell A
Hacienda Hts., California 91745
Phone 626-265-8327