

**Without Prejudice UCC 1-308**
REV. S.L. Sir Colonel Gregory Louis Peck (A.R.R.)
M.`.M.`. 33º, Ninth (9th) MAGISTRATURE, Deputy
Sheriff of Common Law Court, Brussels; SPECIAL
PROSECUTOR, Senior International Investigator,
United Nations Committee 300 Arrest & Detention Order,
Common Law Peace Officer, High Priest, YHVH
Rule 16: § 1. (a) Court Has No Jurisdiction over my person
c/o 1407 Dunswell Ave. Hacienda Heights, California [91745]
Phone: 626-265-8327 or 949-429-9488

Peck 1010 AD

FILED
CLERK, U.S. DISTRICT COURT
DEC 3 - 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division, Los Angeles

| | |
|---|---|
| Rev Colonel Gregory Louis Peck A.R.R. M.`.M.`. 33º 9TH Magistratuer Special Prosecutor/Senior International Investigator Inspector General of the Order<br>    Petitioner/Plaintiff,<br>vs.<br>United Title (Trustee)<br>Seattle Mortgage Company (Bank) (Beneficiary)<br>600 University St, Ste 1850, Seattle, WA 98101<br><br>NOVAD, Danisha Hardeman<br>2401 NW 23rd St. Suite 1A1,<br>Oklahoma City, OK 73107<br><br>HUD, Department of Housing and Urban Development Field Office<br>FHA Case #197-3543480<br>(Beneficiary) Dir. Ray Brewer<br>300 North Los Angeles St., Suite 4054<br>Los Angeles, CA 90012 (213)-894-8000<br><br>50000 John and/or Jane Doe(s)(any to be added)<br><br>    Defendant/Respondent | Civil Case # <u>CV-02021-GW-RAO</u>x<br><br>**DECLARATION OF URGENCY BY Gregory Louis Peck**<br><br>**EX-PARTE (DROP-OFF)**<br><br>DATE: <u>Dec 03, 2021</u><br><br>**PITITION for EMERGENCY RESTRAINING ORDER, AGAINST THE FRAUDULENT & UNCONSTITUTIONAL HUD (DEPARTMENT OF HOUSING AND URBIN DEVELOPMENT) CRIMINAL FORCLOUSER SALE**<br><br>**Jury Trial Required, Curcit Rider Overview Required** |

[Summary of pleading] - 1

I, GREGORY LOUIS PECK, hereby declare,

1. I am the Administrator of the Estate of DOROTHY L. FINE, deceased, in this matter.

2. The estate has one asset, that being real property consisting of house and lot, commonly know as 1407 DUNSWELL AVENUE; HACIENDA HEIGHTS, CALIFORNIA 91745-2724, which is currently in foreclosure and a foreclosure sales date is set for December 7, 2021.

3. There is an urgent need to sell the Estate real property to pay the First Trust Deed holder on the Estate real property to prevent the foreclosure Trustee from selling the property at a Trustee's sale. The Estate's real property is in foreclosure and a foreclosure sale date was previously set for September 30, 2021, and was continued to December 7, 2021. A copy of the "NOTICE OF TRUSTEE'S SALE" is attached to the subject Ex-Parte Petition.

4. Petitioner herein evokes the NESARA Law as made Law Oct. 10, 2000 thereby, proving this and/or any foreclosure sale as unlawful and/or unconstitutional i.e. illegal thereby making such sale a criminal act, which as a court of "LAW" this court must uphold the law and restrain any unlawful and/or criminal act.

5. Petitioner in the fact has a buyer in escrow to buy the Estate real property. This will/would pay off the any alleged mortgage and cure the any alleged foreclosure, but time is needed to consummate the sale and close escrow for the sale.

5. If the new sale is not made, the only asset of the estate will be lost. I declare under penalty of perjury under the common laws of the Constitution 1787 that the foregoing is true and correct.

Dated: December 3, 2021,

Whereas, Further deponent saith not. Petitioner/Plaintiff now affix his signature and official seal to all of the above WITH EXPLICIT RESERVATION OF ALL PLAINTIFF'S UNALIENABLE ENDOWED RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS,



Rev. Sir Gregory L., Peck A.R.R.          Ecclesiastical Deed Poll
℅1407 Dunswell Ave.
Hacienda Hts., California 91745
Phone 626-265-8327

[Su... leading] - 2