UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-2021-GW-RAOx | Date | December 6, 2021 |
| Title | Gregory L. Peck v. United Title, et al. | Page | 1 of 2 |

Present: The Honorable  **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - RULING ON PETITION FOR EMERGENCY RESTRAINING ORDER [77]**

  This lawsuit was originally filed on March 12, 2018 (ECF No. 1) and an amended complaint was submitted on April 5, 2018 (ECF No. 15). On April 16, 2018, this Court denied Plaintiff's initial motion for injunctive relief (ECF No. 17) – noting *inter alia* that, while the action appeared to concern a reverse mortgage as to real property owned by Dorothy L. Fine, the pleadings were so convoluted and unintelligible that another amended complaint needed to be filed (and the Court referenced Plaintiff to the Pro Se Clinic). *Id.* On September 24, 2018, Plaintiff file another amended complaint which was as confusing and unsupported as the earlier ones. ECF No. 38. Thereafter, there began an extensive period where Plaintiff attempted to serve the defendants, without apparent success. *See* 10/14/2021 Ruling on Service of Process, ECF No. 71.

  On December 3, 2021, Plaintiff filed a Petition for Emergency Restraining Order ("Petition") seeking to stay a purported December 7, 2021-scheduled foreclosure sale as to the property known as "1407 Dunswell Ave. Hacienda Heights California [91745]" ("Property"). ECF No. 77. Plaintiff stated that he is the administrator of the Estate of Dorothy L. Fine, and the Property is its one asset. *See* ¶¶ 1-3 Declaration of Urgency by Gregory Louis Peck, ECF No. 78. Unfortunately, the legal basis for the Petition is totally unclear. It seems to be premised on Plaintiff's belief in "NESARA" law. *See* Petition at 3 *et passim*. This Court is totally unfamiliar with the term "NESARA" law. Apparently, various pro per litigants cite to it when they seek to obtain various forms of relief which are not based on recognized law and/or legal principles. For example, as described in *June v. United States*, No.: 3:04-CV-250-TS, 2005 WL 8170622, at *1 (N.D. Ind., Sept. 30, 2005):

> For the most part, the Complaint and the accompanying materials are incomprehensible . . . . On their face, the Plaintiff's pleadings reveal considerable confusion: on the one hand she proclaims to live in the non-Federal Zone as a sovereign of the heavens not subject to laws; on the other hand, she insists that the laws of the United States be enforced. Aside from these contradictions, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-2021-GW-RAOx | Date | December 6, 2021 |
|---|---|---|---|
| Title | *Gregory L. Peck v. United Title, et al.* | Page | 2 of 2 |

Complaint alleges that the United States government conspired to prevent the proclamation of "N.E.S.A.R.A. (National Economic Security And Reformation Act)," which purportedly was signed into law by President Clinton and which dissolved the Internal Revenue Service and canceled all debt.

As stated in Wikipedia:

> National Economic Security and Recovery Act (NESARA) was a set of proposed economic reforms for the United States suggested during the 1990s by Harvey Francis Barnard. Barnard claimed that the proposals, which included replacing the income tax with a national sales tax, abolishing compound interest on secured loans, and returning to a bimetallic currency, would result in 0% inflation and a more stable economy. The proposals were never introduced before Congress.
>
> NESARA has since become better known as the subject of a cult-like conspiracy theory promoted by Shaini Candace Goodwin, also known as "Dove of Oneness", who claimed that the act was actually passed with additional provisions as the National Economic Security and Reformation Act, and then suppressed by the George W. Bush administration and the Supreme Court.

*See* https://en.wikipedia.org/wiki/NESARA (last visited 12/5/2021).

In order to obtain preliminary injunctive relief, the proponent "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). The Ninth Circuit has stated that: "We evaluate these factors via a 'sliding scale approach,' such that " 'serious questions going to the merits' and a balance of hardships that tips sharply towards the plaintiff can support issuance of a preliminary injunction, so long as the plaintiff also shows that there is a likelihood of irreparable injury and that the injunction is in the public interest." *Arc of Cal. v. Douglas*, 757 F.3d 975, 983 (9th Cir. 2014).

Here, given Plaintiff's reliance on NESARA law which is not recognized by Congress or the courts, he has not established either a likelihood of success on the merits or raised a serious question going to the merits. Thus, he has not established any basis for the issuance of injunctive relief.

For the reasons stated above, the Petition is DENIED.