JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2021-GW-RAOx | Date | May 10, 2022 |
|---|---|---|---|
| Title | *Gregory L. Peck v. United Title (Trustee), et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                             None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER**

      This lawsuit was initially filed by the pro per Plaintiff on March 12, 2018, and as of this date there has not been a viable pleading filed or adequate service on any defendant. *See generally* ECF Nos. 71, 79. On February 10, 2022, after Plaintiff had failed to appear for a status conference, this Court set "an Order to Show Cause ("OSC") for February 28, 2022 . . . . [and Plaintiff was] ordered to file by February 24, 2022, an amended complaint which contains a viable cause of action." ECF No. 83. On February 23, 2022, Plaintiff requested additional time to file the amended complaint. *See* ECF No. 84. On February 28, 2022, this Court issued an order giving Plaintiff until April 29, 2022, to file a "viable amended complaint" and provide proof that he had initiated service of that pleading. *See* ECF No. 86. Plaintiff was specifically advised that: "A failure to file a viable complaint and/or to initiate proper service on the defendants will result in the dismissal of this lawsuit without leave to amend. There will be no further extensions for any reason." *Id.*

      Plaintiff has not filed a new amended complaint as of this date. Therefore, pursuant to the February 28, 2022 order, this action is dismissed with prejudice.

 

:

Initials of Preparer     JG